# Exhibit C

US009712595B2

(12) **United States Patent** (10) Patent No.: **US 9,712,595 B2**
Duncker et al. (45) **Date of Patent:** **Jul. 18, 2017**

(54) **CREATION, SHARING AND EMBEDDING OF INTERACTIVE CHARTS**

(71) Applicant: **iCharts, Inc.**, Sunnyvale, CA (US)

(72) Inventors: **Seymour Duncker**, Los Altos, CA (US); **Tyron Montgomery**, Munich (DE)

(73) Assignee: **ICHARTS, INC.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 490 days.

(21) Appl. No.: **14/530,309**

(22) Filed: **Oct. 31, 2014**

(65) **Prior Publication Data**

US 2015/0058755 A1 Feb. 26, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/962,236, filed on Aug. 8, 2013, now Pat. No. 9,270,728, which is a continuation of application No. 12/372,696, filed on Feb. 17, 2009, now Pat. No. 8,520,000, which is a continuation-in-part of application No. 12/205,802, filed on Sep. 5, 2008, now Pat. No. 8,271,892.

(60) Provisional application No. 61/077,728, filed on Jul. 2, 2008.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 3/0481* | (2013.01) |
| *H04L 29/08* | (2006.01) |
| *G06F 17/30* | (2006.01) |
| *G06Q 30/06* | (2012.01) |
| *G06F 3/0482* | (2013.01) |
| *G06F 3/0484* | (2013.01) |
| *H04L 29/06* | (2006.01) |
| *G06F 3/0486* | (2013.01) |
| *G06F 17/24* | (2006.01) |
| *G06T 11/20* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *H04L 67/02* (2013.01); *G06F 3/0482* (2013.01); *G06F 3/0486* (2013.01); *G06F 3/04842* (2013.01); *G06F 17/248* (2013.01); *G06F 17/30873* (2013.01); *G06Q 30/0601* (2013.01); *G06T 11/206* (2013.01); *H04L 65/403* (2013.01)

(58) **Field of Classification Search**
CPC ..................................................... H04L 67/02
USPC ........................................................ 715/753
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,414,809 A | 5/1995 | Hogan et al. | |
| 5,859,641 A | 1/1999 | Cave | |
| 5,917,499 A * | 6/1999 | Jancke | ................. G06T 11/206 |
| | | | 345/440 |
| 6,304,272 B1 | 10/2001 | Schanel et al. | |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 14/822,636 Office Action mailed Nov. 22, 2016.

(Continued)

*Primary Examiner* — Reza Nabi
(74) *Attorney, Agent, or Firm* — Polsinelli LLP

(57) **ABSTRACT**

Systems and methods for generating and sharing interactive charts are described. The interactive charts are generated in an online portal that allows users to customize the interactive features of the chart. An online portal may also be provided to allow users to automatically embed interactive chart(s) in another website without reprogramming the code of the website each time the interactive chart(s) are changed or new interactive chart(s) are added.

**18 Claims, 54 Drawing Sheets**



US 9,712,595 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,757,573 B1 | 6/2004 | Ledoux et al. | |
| 7,080,070 B1 | 7/2006 | Gavarini | |
| 7,113,190 B2 * | 9/2006 | Heaton | G06T 11/206 345/440 |
| 7,398,281 B2 | 7/2008 | Atchison et al. | |
| 7,409,634 B2 | 8/2008 | Davis et al. | |
| 7,512,875 B2 | 3/2009 | Davis | |
| 7,584,415 B2 | 9/2009 | Cory et al. | |
| 7,667,582 B1 * | 2/2010 | Waldorf | G06T 11/206 340/440 |
| 7,737,979 B2 * | 6/2010 | Robertson | G06T 11/206 345/440 |
| 7,837,247 B2 | 11/2010 | Waldorf et al. | |
| 7,840,937 B1 * | 11/2010 | Chiluvuri | G06F 8/30 717/106 |
| 7,961,188 B2 * | 6/2011 | Tolle | G06Q 10/10 345/440 |
| 8,190,987 B2 | 5/2012 | Campbell et al. | |
| 8,255,791 B2 * | 8/2012 | Koren | G06Q 10/10 715/227 |
| 8,271,892 B2 * | 9/2012 | Duncker | G06F 17/30893 345/440 |
| 8,520,000 B2 * | 8/2013 | Duncker | G06F 17/30873 345/418 |
| 8,661,358 B2 | 2/2014 | Duncker et al. | |
| 8,667,394 B1 * | 3/2014 | Spencer | G06F 17/2241 707/769 |
| 8,749,553 B1 * | 6/2014 | Krasovsky | G06T 11/203 345/440 |
| 8,812,947 B1 * | 8/2014 | Maoz | G06F 17/246 715/212 |
| 8,832,184 B1 | 9/2014 | Britto et al. | |
| 9,037,964 B2 * | 5/2015 | Appleyard | G06Q 10/10 715/234 |
| 9,070,227 B2 * | 6/2015 | Drucker | G06T 11/206 |
| 9,270,728 B2 | 2/2016 | Duncker | |
| 2002/0063733 A1 * | 5/2002 | Franke | G06Q 40/04 715/739 |
| 2002/0156806 A1 | 10/2002 | Cox et al. | |
| 2002/0169975 A1 | 11/2002 | Good | |
| 2004/0119713 A1 * | 6/2004 | Meyringer | G06Q 10/06 345/440 |
| 2004/0164983 A1 * | 8/2004 | Khozai | G06T 11/206 345/440 |
| 2004/0254844 A1 * | 12/2004 | Torres | G06Q 30/02 705/26.1 |
| 2004/0264697 A1 | 12/2004 | Gavrilescu et al. | |
| 2004/0265632 A1 | 12/2004 | Okinaka et al. | |
| 2005/0068320 A1 | 3/2005 | Jaeger | |
| 2005/0149538 A1 * | 7/2005 | Singh | G06F 17/30893 |
| 2005/0182941 A1 | 8/2005 | Della-Libera et al. | |
| 2005/0232055 A1 * | 10/2005 | Couckuyt | G06T 11/206 365/227 |
| 2005/0288899 A1 | 12/2005 | Winstead et al. | |
| 2006/0004731 A1 * | 1/2006 | Seibel | G06F 17/30719 |
| 2006/0136535 A1 * | 6/2006 | Boon | G06F 17/246 708/200 |
| 2006/0136819 A1 * | 6/2006 | Tolle | G06F 17/211 715/235 |
| 2007/0126736 A1 * | 6/2007 | Tolle | G06Q 10/10 345/440 |
| 2007/0203720 A1 * | 8/2007 | Singh | G06Q 10/00 705/7.11 |
| 2007/0203917 A1 * | 8/2007 | Du | H04L 12/582 |
| 2007/0203945 A1 * | 8/2007 | Louw | G06Q 30/02 |
| 2007/0245238 A1 * | 10/2007 | Fugitt | G06F 3/0481 715/700 |
| 2008/0109740 A1 * | 5/2008 | Prinsen | G06F 3/0486 715/764 |
| 2008/0134059 A1 | 6/2008 | Kumar et al. | |
| 2008/0183664 A1 * | 7/2008 | Cancel | G06Q 30/02 |
| 2008/0189254 A1 * | 8/2008 | Cancel | G06Q 30/02 |
| 2008/0189408 A1 * | 8/2008 | Cancel | G06Q 30/02 709/224 |
| 2008/0192056 A1 * | 8/2008 | Robertson | G06T 13/80 345/440 |
| 2008/0195930 A1 * | 8/2008 | Tolle | G06F 17/30994 715/227 |
| 2008/0307330 A1 | 12/2008 | Louch et al. | |
| 2008/0307334 A1 | 12/2008 | Chaudhri et al. | |
| 2008/0316304 A1 | 12/2008 | Claus et al. | |
| 2009/0018961 A1 * | 1/2009 | Seven | G06Q 30/02 705/50 |
| 2009/0024405 A1 * | 1/2009 | Brandes | G06Q 10/1057 705/342 |
| 2009/0079833 A1 * | 3/2009 | Abraham | G10H 1/0008 348/169 |
| 2009/0113091 A1 * | 4/2009 | Miller | G06F 3/0488 710/64 |
| 2009/0119399 A1 * | 5/2009 | Hussain | G06F 17/30958 709/224 |
| 2009/0199077 A1 * | 8/2009 | Sar | G06F 17/30896 715/201 |
| 2009/0265632 A1 | 10/2009 | Russ et al. | |
| 2009/0307105 A1 * | 12/2009 | Lemay | G06F 8/61 705/26.1 |
| 2010/0005008 A1 * | 1/2010 | Duncker | G06F 17/30893 705/26.1 |
| 2010/0005411 A1 * | 1/2010 | Duncker | G06F 17/30873 715/769 |
| 2010/0058250 A1 * | 3/2010 | Stannard | G06F 17/24 715/856 |
| 2010/0095235 A1 * | 4/2010 | Bennett | G06Q 99/00 715/781 |
| 2010/0192166 A1 * | 7/2010 | Kumar | G06F 9/548 719/328 |
| 2010/0214299 A1 * | 8/2010 | Robertson | G06T 13/80 345/440 |
| 2010/0251128 A1 * | 9/2010 | Cordasco | G06F 11/328 715/736 |
| 2010/0277481 A1 * | 11/2010 | Cao | G06K 9/6224 345/440 |
| 2010/0283606 A1 * | 11/2010 | Tsypin | G06Q 30/02 340/540 |
| 2010/0318611 A1 * | 12/2010 | Curtin | G06F 17/30 709/206 |
| 2010/0332465 A1 * | 12/2010 | Janssens | G06Q 30/02 707/722 |
| 2011/0016131 A1 * | 1/2011 | Fairchild | G06F 17/30554 707/740 |
| 2011/0035692 A1 * | 2/2011 | Sandone | G11B 27/034 715/769 |
| 2011/0041087 A1 * | 2/2011 | Leveille | G06T 11/206 715/765 |
| 2012/0066088 A1 * | 3/2012 | Murset | G06Q 10/06 705/26.8 |
| 2012/0144303 A1 * | 6/2012 | Cricks | G06Q 30/0241 715/719 |
| 2012/0151378 A1 * | 6/2012 | Parish | G06F 17/30876 715/751 |
| 2013/0111321 A1 * | 5/2013 | Dorrell | G06F 17/30 715/215 |
| 2013/0111368 A1 | 5/2013 | Laughlin | |
| 2014/0040061 A1 | 2/2014 | Duncker et al. | |
| 2014/0164008 A1 * | 6/2014 | Gordon | G06Q 10/06 705/2 |
| 2014/0297569 A1 * | 10/2014 | Clark et al. | |
| 2015/0019687 A1 | 1/2015 | Aaron et al. | |
| 2015/0095807 A1 | 4/2015 | Duncker et al. | |
| 2015/0237085 A1 | 8/2015 | Duncker | |
| 2015/0379059 A1 | 12/2015 | Schroetel et al. | |
| 2016/0112511 A1 | 4/2016 | Datsenko et al. | |
| 2016/0147880 A1 | 5/2016 | Scheibli et al. | |
| 2016/0321224 A1 | 11/2016 | Duncker | |

(56)                **References Cited**

U.S. PATENT DOCUMENTS

2016/0322021 A1    11/2016    Duncker
2016/0323249 A1    11/2016    Duncker


OTHER PUBLICATIONS

U.S. Appl. No. 15/173,354, filed Jun. 3, 2016, Seymour Duncker, Symantic Layers for Secure Interactive Analytic Visualizations.
U.S. Appl. No. 15/401,900, filed Jan. 9, 2017, Seymour Duncker, Intelligent Container for Analytic Visualizations.
U.S. Appl. No. 15/213,187, filed Jul. 18, 2016, Seymour Duncker, Imperfect Market Data Enhancement and Correction.
U.S. Appl. No. 14/822,619 Office Action mailed Apr. 7, 2017.
U.S. Appl. No. 14/822,619, filed Aug. 10, 2015, Seymour Duncker, Publishing Interactive Visualized Analytics.
U.S. Appl. No. 14/823,799, filed Aug. 11, 2015, Seymour Duncker, Creation of Interactive Composite Analytic Visualizations.
U.S. Appl. No. 14/822,636, filed Aug. 10, 2015, Seymour Duncker, Secure Connections in an Interactive Analytic Visualization Infrastructure.

U.S. Appl. No. 14/629,349, filed Feb. 23, 2015, Seymour Duncker, Creation, Sharing and Embedding of Interactive Charts.
"Adobe Flex," from Wikipedia, http://en.wikipedia.org/wiki/Adobe_Flex.
ChartFx 7.0 Feature, http://www.Softwarefx.com, download from wayback machine, http://archive.org, archived on Jan. 10, 2008, 6 pages.
"Flash Charting Software List," from Wikipedia, http://en.wikipedia.org/wiki/Flash_Charting_software_list.
"Microsoft Silverlight" from Wikipedia, http://en.wikipedia.org/wiki/Microsoft_Silverlight.
U.S. Appl. No. 12/205,802 Office Action mailed Jan. 27, 2012.
U.S. Appl. No. 12/205,802 Final Office Action mailed Sep. 12, 2011.
U.S. Appl. No. 12/205,802 Office Action mailed Mar. 30, 2011.
U.S. Appl. No. 13/593,347 Office Action mailed Mar. 22, 2013.
U.S. Appl. No. 12/372,696 Final Office Action mailed Oct. 3, 2012.
U.S. Appl. No. 12/372,696 Office Action mailed Dec. 14, 2012.
U.S. Appl. No. 12/372,696 Final Office Action mailed Aug. 16, 2011.
U.S. Appl. No. 12/372,696 Office Action mailed Apr. 1, 2011.

* cited by examiner



FIG. 1



FIG. 2





FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34A



FIG. 34B



FIG. 35



FIG. 36



Welcome Seymor | Logout | Help | About
iCharts
Charts
Community
My iCharts
3700
Search
Create your chart
CATEGORIES
All
featured | recently created | most recent
Total Road Network: American, European & Regions
author: 99
date: 2008-09-07
category: -
tags: -
views: 0
Total Road Network: American, European & Regions
author: 99
date: 2008-09-07
category: -
tags: -
views: 0
Total Road Network: American, European & Regions
author: 99
date: 2008-09-07
category: -
tags: -
views: 0
Total Road Network: American, European & Regions
author: 99
date: 2008-09-07
category: -
tags: -
views: 0
Total Road Network: American, European & Regions
author: 99
date: 2008-09-07
category: -
tags: -
views: 0
Total Road Network: American, European & Regions
author: 99
SPOTLIGHT

FIG. 37



FIG. 38



FIG. 39



FIG. 40A



FIG. 40B



FIG. 40C



FIG. 41A



FIG. 41B



FIG. 41C



FIG. 41D



FIG. 41E



FIG. 41F



FIG. 42



Figure 43



Figure 44



Figure 45



FIGURE 46

US 9,712,595 B2

1

# CREATION, SHARING AND EMBEDDING OF INTERACTIVE CHARTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation and claims the priority benefit of U.S. patent application Ser. No. 13/962,236 filed Aug. 8, 2013, which is a continuation and claims the priority benefit of U.S. patent application Ser. No. 12/372,696 filed Feb. 17, 2009, now U.S. Pat. No. 8,520,000, which is a continuation-in-part and claims the priority benefit of U.S. patent application Ser. No. 12/205,802 filed Sep. 5, 2008, now U.S. Pat. No. 8,271,892, which claims the priority benefit U.S. provisional application 61/077,728, filed on Jul. 2, 2008, the disclosures of which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The subject invention relates to interactive charts and, in particular, to the creation, sharing and embedding of interactive charts.

### 2. Related Art

Microsoft Excel is typically used to enter data into spreadsheets and sometimes make charts or graphs from that data. Users typically enter the data into a spreadsheet in columns and rows. Users can then highlight the data that they want to use to make a chart and then select a chart type. Excel then generates the chart, which can be copied and pasted into other documents (e.g., Microsoft Word documents, web pages, portable document format files (PDFs), etc.). These charts, however, are not interactive.

Google offers an online service that allows users to create interactive charts using an interactive chart widget. Users enter data in an online spreadsheet having a look and feel similar to the Excel spreadsheet. Users can then highlight the data they want to use to make a chart and select a chart type. The widget generates the interactive chart.

The interactive features include a zoom feature and a mouse over pop-up window of data. These interactive charts can be embedded in online pages; however, the data in these charts is not secure because the widget fetches data when the screen is refreshed. Any HTML programmer can easily intercept the data stream from the Goggle spreadsheet. In addition, when the charts are copied into other documents (e.g., Microsoft Word documents, PDFs, etc.), the charts are no longer interactive. In addition, other users cannot access the data associated with the interactive chart or copy the interactive chart for their own use.

## SUMMARY OF THE PRESENTLY CLAIMED INVENTION

The following summary of the invention is included in order to provide a basic understanding of some aspects and features of the invention. This summary is not an extensive overview of the invention and as such it is not intended to particularly identify key or critical elements of the invention or to delineate the scope of the invention. Its sole purpose is to present some concepts of the invention in a simplified form as a prelude to the more detailed description that is presented below.

According to an aspect of the invention, a method is provided that includes sending a request from a first server to a second server to retrieve a flash file of an interactive

2

chart, receiving the flash file of the interactive chart from the second server at the first server, and displaying the interactive chart at a website hosted by the second server.

The request may be sent via a chart box embedded in the website. The interactive chart may be displayed in the chart box embedded in the website.

The request may be to retrieve a plurality of flash files, each flash file corresponding to an interactive chart, and the method may further include receiving the plurality of flash files and displaying the plurality of interactive charts.

The request may be sent each time the website is accessed. The request may be sent each time the website is refreshed.

According to another aspect of the invention, a method is provided that includes providing a tool on a first website for embedding at least one interactive chart in a chart box, the chart box embedded on a second website, the first website hosted by a first server that stores a plurality of interactive charts, the at least one interactive chart embedded in the chart box being one of the plurality of interactive charts stored on the first server; and allowing a user to select at least one of the plurality of interactive charts to be embedded in the chart box, wherein the at least one of the plurality of interactive charts is automatically displayed in the chart box on the second website when the user selects the at least one of the plurality of interactive charts.

The user may select the at least one of the plurality of interactive charts by dragging and dropping the at least one of the plurality of interactive charts into a chart box folder of the tool.

The chart box may be a flash widget.

The method may also include allowing a user to select a plurality of the plurality of interactive charts for display in the chart box on the second website.

The method may also include allowing a user to select a plurality of interactive charts to be embedded in a plurality of chart boxes on the first website.

The interactive chart may be automatically displayed using a data feed from the first website to the second website.

According to a further aspect of the invention, a method is provided that includes allowing a user to drag and drop at least one of a plurality of interactive charts displayed in a user interface into a chart box folder of the user interface, and transmitting the at least one of the plurality of interactive charts from a first website to a chart box embedded in a second website in response to the user dropping the at least one of the plurality of interactive charts into the chart box folder.

The chart box may be a flash widget.

The method may also include allowing a user to drag and drop a plurality of the plurality of interactive charts into the chart box.

Dragging and dropping the at least one interactive chart may embed the at least one interactive chart in the second website.

According to another aspect of the invention, a computer system is provided that includes memory configured to store a plurality of interactive charts, and a processor coupled to the memory, the processor configured to allow a user to drag and drop at least one of the plurality of interactive charts into a chart box pane of a user interface accessed at a first website hosted by a first server and transmit the at least one of the plurality of interactive charts from the first server to a second server for display of the at least one of the plurality of interactive charts on a second website hosted by the second server.

US 9,712,595 B2

3

The chart box may be a flash widget.

The processor may further allow the user to drag and drop a plurality of interactive charts into the chart box.

The processor may further embed the at least one interactive chart in the second website.

BRIEF DESCRIPTION OF THE MANY VIEWS
OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of this specification, exemplify the embodiments of the present invention and, together with the description, serve to explain and illustrate principles of the invention. The drawings are intended to illustrate major features of the exemplary embodiments in a diagrammatic manner. The drawings are not intended to depict every feature of actual embodiments nor relative dimensions of the depicted elements, and are not drawn to scale.

FIG. 1 is a block diagram of an interactive chart system in accordance with one embodiment of the invention.

FIG. 2 is a block diagram of an illustrative interactive chart generation and sharing system.

FIG. 3 is a schematic view of an interactive chart in accordance with one embodiment of the invention.

FIG. 4 is a schematic view of the interactive chart of FIG. 3 in accordance with one embodiment of the invention;

FIG. 5 is a schematic view of the interactive chart of FIG. 3 in accordance with one embodiment of the invention.

FIG. 6 is a schematic view of the interactive chart of FIG. 3 in accordance with one embodiment of the invention.

FIG. 7 is a schematic view of the interactive chart of FIG. 3 in accordance with one embodiment of the invention.

FIG. 8 is a flow diagram of a process of creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 9 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention;

FIG. 10 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 11 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 12 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 13 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 14 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 15 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention;

FIG. 16 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 17 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 18 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

4

FIG. 19 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 20 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 21 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 22 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 23 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 24 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 25 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 26 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 27 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 28 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 29 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 30 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention;

FIG. 31 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 32 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 33 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIGS. 34A-B are schematic views of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 35 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 36 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 37 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIG. 38 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention;

FIG. 39 is a schematic view of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

FIGS. 40A-C are schematic views of a user interface for creating, sharing and embedding an interactive chart in accordance with one embodiment of the invention.

5

6

FIGS. **41**A-F are schematic views of a PDF document that includes an interactive chart in accordance with one embodiment of the invention;

FIG. **42** is a schematic view of a webpage that includes an interactive chart in accordance with one embodiment of the invention.

FIG. **43** is a schematic view of a webpage that includes a chart box in accordance with one embodiment of the invention.

FIG. **44** is a detailed schematic view of the chart box of FIG. **43** in accordance with one embodiment of the invention.

FIG. **45** is a schematic vie of a portal for creating a chart box in accordance with one embodiment of the invention.

FIG. **46** is a schematic view of an exemplary computer system in accordance with one embodiment of the invention.

DETAILED DESCRIPTION

Embodiments of the invention relate to an on-line service for creating, sharing and embedding interactive charts. In one embodiment, an online portal is provided that allows users to enter or upload data. The online portal or user interface allows users to drag and drop the data from a data pane to a charting pane, automatically creating the interactive chart. Exemplary interactive features include a zoom feature, a data mouse over pop-up window, a data hide/share feature, an audio and/or video feature, an animation feature, a drill-down feature, a data gliding feature, etc., all of which are optionally selectable or deselectable by the user. The user can then publish the interactive chart online or download and embed the chart into an electronic document, such as, for example, a PDF, .ppt, etc. file, where the chart retains its interactivity. In one embodiment, the interactive charts that are embedded online are searchable by search engines. The interactive chart and/or the data associated with the interactive charts can also be purchased in an online store environment. Once the charts have been purchased or otherwise shared with another user, the other user can customize the chart to have the interactive features, the data, the look and feel, and the like that suits their needs. The interactive charts can also be embedded in other websites without the need to reprogram the other websites each time an interactive chart is embedded in those websites using a chart box tool.

In the following detailed description of the present invention numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form, rather than in detail, in order to avoid obscuring the present invention.

Reference in the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the invention. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment.

Some portions of the detailed description that follow are presented in terms of algorithms and symbolic representations of operations on data bits within a computer memory. These algorithmic descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. An algorithm is here, and generally, conceived to be a self-consistent sequence of steps leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the following discussion, it is appreciated that throughout the description, discussions utilizing terms such as "processing" or "computing" or "calculating" or "determining" or "displaying" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

The present invention also relates to an apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, or it may comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, compact disc read only memories (CD-ROMs), and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), Erasable Programmable Read-Only Memories (EPROMs), Electrically Erasable Programmable Read-Only Memories (EEPROMs), magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus.

The algorithms and displays presented herein are not inherently related to any particular computer or other apparatus. Various general-purpose systems may be used with programs in accordance with the teachings herein, or it may prove convenient to construct more specialized apparatus to perform the required method steps. The required structure for a variety of these systems will appear from the description below. In addition, the present invention is not described with reference to any particular programming language. It will be appreciated that a variety of programming languages may be used to implement the teachings of the invention as described herein.

The instructions of the programming language(s) may be executed by one or more processing devices (e.g., processors, controllers, control processing units (CPUs).

An embodiment of the invention will now be described in detail with reference to FIG. **1**. FIG. **1** illustrates an exemplary system **100** for generating the interactive charts, purchasing the interactive charts, sharing the interactive charts, and the like. The system **100** includes a server **104**, a network **108** and computers **112**.

The server **104** is configured to receive requests from computers **112**, process the requests and provide responses to the requests to the computers **112**. The server **104** may include one or more server computers networked to one another. An exemplary server is the Apache server. The server **104** includes a processor **116** to execute instructions, which is connected to memory **120** that stores data. The

7

processor **116** executes instructions and accesses data in the memory **120** to, for example, generate the interactive charts, modify the interactive charts, allow users to purchase the interactive charts, share the interactive charts, and the like. It will be appreciated that the server **104** may be implemented with any type of hardware and software, and that the server **104** may have a different configuration than shown in FIG. **1**. In addition, it will be appreciated that the server **104** may include several server computers connected together.

The network **108** may be any type of communications channel, a local area network (LAN), a wide area network (WAN), such as the Internet, direct computer connections, and the like. The connection may be accomplished in a wireless manner using radio frequency, infrared, or other technologies, using any type of communication hardware and protocols, through other communication mediums, such as electric cable, fire optic cable, and/or through other technologies.

The computers **112** access the server **104** through the network **108**. The computers **112** may also communicate with one another over the network **108**. The computer **112** may be a server, a personal computer, a portable computer, a hand held device, a wireless device, and the like. The computer may be a single device at a single location or multiple devices at a single or multiple locations that are connected together using an appropriate communication protocol over any communication medium.

In one embodiment, the server **104** generates an interactive chart based on input received from one of the computers **112** and shares the interactive chart with users located at one of the computers **112** over the network **108**. For example, the server **104** may include a website that is accessible by the computer **112** through a web browser located at the computer **112** over the network **108**. The website provides the interactive chart generated by the user at computer **112**, or the website provides an interactive chart generated by another user. Alternatively, the server **104** may embed the interactive chart in an electronic document (e.g., ppt, pdf, doc, etc. file) and transmit the electronic document having the interactive chart to the user over the network **108** to the computer **112** through the web browser located at the computer **112**. In one embodiment, the user can download the interactive chart to the computer **112** from the server **104** over the network **108**. The user can then embed the interactive chart in an electronic document (e.g., ppt, pdf, doc, etc. file).

In another embodiment, the server **104** allows users at one of the computers **112** to purchase interactive charts over the network **108**. For example, the server **104** may include a website that provides purchasable charts at a computer **112** over the network **108**. The user communicates a request to purchase an interactive chart from the computer **112** to the server **104** over the network **108**. The server **104** then provides the user access to the interactive chart through the website or by transmitting a copy of the interactive chart to the user at the computer **112** over the network **108**.

FIG. **2** illustrates an interactive chart online portal **200** for generating and sharing interactive charts according to embodiments of the invention. The interactive chart online portal **200** may be located at the server **100** (see FIG. **1**). The interactive chart online portal **200** may be implemented in any type of hardware and software. In one embodiment, interactive chart online portal **200** is created using a flex engine (e.g. Adobe's flash flex development platform).

The interactive chart online portal **200** includes an interactive chart generator **204**, an interactive chart sharer **208**, a user interface **212**, a data store **216** and a chart template data

8

store **220**. It will be appreciated that the interactive chart online portal **200** may include fewer or additional components and may have a different arrangement than illustrated in FIG. **2**. The interactive chart generator **204** and the interactive chart sharer **208** are functionally connected to the user interface **212**.

The user interface **212** is accessed through a website **224** which provides an online portal to the interactive chart generator **204** and the interactive chart sharer **208**. It will be appreciated that in alternative embodiments one online portal may provide access to the interactive chart generator **204** while another online portal provides access to the interactive chart sharer **208**. Users upload or enter data at the website **224** through the user interface **212** which stores the data in the data store **216**. The interactive chart generator **204** uses the data and chart templates stored in the chart template data store **220** to generate the interactive charts.

The interactive chart sharer **208** is also accessed through the website **224** and the user interface **212**. The generated interactive chart can be published on an external webpage **228** as an interactive chart or a static chart. The generated interactive chart can also be embedded in an external document **232** as an interactive chart or a static chart. Exemplary external documents **232** include PPT (e.g., power point) documents, PDF (e.g., Adobe) documents, DOC (e.g., Word) documents and the like. It will be appreciated that the interactive chart can be embedded in open source versions of the external documents **232** (e.g., Writer, Impress, etc.) or in other external document types. The generated interactive chart can also be shared by allowing users to purchase the interactive charts (by providing users with a copy of the interactive chart and/or the data associated with the interactive chart).

FIGS. **3**-**7** illustrate an exemplary interactive chart **300** according to embodiments of the invention. In one embodiment, the interactive chart **300** is a flash file that contains code that a) renders the chart, b) obtains input from the user as per his desired action on this chart (i.e., interactivity), and c) rerenders the chart using the input as parameters. The chart data is stored within the flash file. The data is typically unencrypted but can also be encrypted. The flash file can also fetch data, whether the data is encrypted or not, from an external web-site, proactively.

Online charts are created and stored online as flash files in the web portal. If a chart is embedded into a web-site, a retrieve code is embedded into that sites' HTML code that fetches the flash file from the server when the web page of that site is requested by a user. A lot of web-sites today offer widgets where the embed code can be pasted into the code, avoiding any particular knowledge of coding or HTML. If a chart is updated with new data, the flash file gets recreated and stored. The next time the web page where an interactive charts has been embedded (that is where the embed code that fetches the chart has been implemented) is refreshed, the updated chart is displayed. In one embodiment, the page may be refreshed automatically for a semi-live stream of data or the data may be stored separate from the flash file, the separate data file fetched dynamically for real time feeds.

The interactive charts that are downloaded are self-contained flash files that can exist independent of the web portal. The user only requires Adobe Reader (containing Adobe flash player) to execute the code in the flash file. Any electronic document that can play flash can show the interactive charts.

It will be appreciated that although the interactive chart **300** has been described as a flash chart other files having

US 9,712,595 B2

9

similar features may be used. An exemplary program that is configured to create such a file is Microsoft's Silverlight.

Although the interactive chart **300** shown in FIGS. **3-7** is a line graph, it will be appreciated that the interactive chart **300** may be other chart types. Exemplary chart types include column, bar, combination, bubble, stacked, line, area, pie, doughnut, scatter, candlestick, waterfall, logarithmic, spline, radar, kagi, spark, gantt, funnel, pyramid, gauge, and the like.

As shown in FIG. **3**, the interactive chart **300** includes an x-axis **304**, a yaxis **308**, a legend **312** having five data series **316***a-e*, five chart lines **320***a-e*, and a scale **324**. The five chart lines **320***a-e* correspond with the five data series **316***a-e* shown in the legend **312**. The scale **324** includes a line **328**, a first end marker **332** and a second end marker **336**. The interactive chart **300** also includes a function bar **338**. The function bar **338** is configured to control the interactive chart by providing interactive commands at the function bar **338**. The illustrated function bar **338** includes the following selectable tabs: top 10 **340**, bottom 10 **344**, show/hide series **348**, more options **352** and audio playback **356**. Comments **360**, **364** are also shown on the chart **300**.

As described above, the interactive chart **300** is an interactive chart. That is, the chart **300** has interactive features that allow a user to interact with the chart to, for example, modify or change their view of the chart, learn more about the chart data, and the like. Exemplary interactive features include a zoom feature, a data mouse-over popup window, a data hide/share feature, an audio playback feature, a drill down feature, a data gliding feature and the like. Another exemplary interactive feature includes a "Copy-to-my-account" feature which allows a user to copy the chart to an account at an interactive chart, generation and sharing web portal anywhere the user sees the chart online. When the user clicks the "Copy-to-my-account" button, the user is taken to the web portal. The user can then access his account (or create an account) to receive a copy of the chart. The "Copy-to-my-account" feature, therefore, enables chart proliferation outside the web portal (at least initiation of chart proliferation). As will be described in further detail hereinafter, once the chart is in the user's account, the user can modify and/or reformat the chart based on the user's needs.

In one example of an interactive feature, FIG. **4** illustrates the data hide/share feature. In FIG. **4**, the chart line **320***a* is not shown in the interactive chart (i.e., the chart line **320** is hidden). Users hide the data series (e.g., chart line **320***a*) by right clicking the data source **316***a* in the legend **312** and selecting the hide data source from a popup window that appears when the data source **316***a* is right clicked. Users can also hide the data series by selecting the show/hide series tab **348** and selecting the data series associated with the data source **316***a*/chart line **320***a* from a popup window that appears when the show/hide series tab **348** is selected. The user can also show the data series again by right clicking the data source **316***a* in the legend **312** or selecting the show/hide series tab **348** again and selecting to show the data series from a popup window that appears.

In another example, FIG. **5** illustrates the data mouse-over pop-up window interactive feature. In FIG. **5**, data points **500** and **504** are highlighted by mouseing over or mouse clicking the data points. The user can move the pointer over the chart lines **320***a-e* to show different data points in the chart **300**.

FIG. **6** illustrates the zoom interactive feature. In FIG. **6**, the first end marker **332** and second end marker **336** have been adjusted on the line **328** to change the data shown in the

10

chart **300**. The user can move the end markers **332**, **336** to any points on the line **328** to zoom and scroll different portions of the chart **300**.

FIG. **7** illustrates the audio playback interactive feature in further detail. When a user selects the audio playback button **356**, an audio file **700** is played. The audio file **700** may provide an explanation of the interactive chart **300**, highlight key data points (e.g., data points **500**, **504**), discuss the sources of data or provide other information about the interactive chart **300**. It will be appreciated that instead of an audio playback interactive feature or in addition to the audio playback interactive feature, a video playback interactive feature may be provided. A video playback button (not shown) may be provided instead of or in addition to the playback button **356**. When the video playback button is selected, a video file (not shown) is played.

FIG. **8** is a flow diagram of a process of generating and sharing interactive charts **800** according to embodiments of the invention. It will be appreciated that the process **800** described below is merely exemplary and may include a fewer or greater number of steps, and that the order of at least some of the steps may vary from that described below.

As shown in FIG. **8**, the process **800** begins by generating an interactive chart (block **804**) and continues by sharing the interactive chart (block **808**).

Generating the interactive chart **804** may include selecting a chart (block **812**), uploading data or entering data (block **816**), dragging and dropping data on the chart (block **820**), automatically generating the chart with interactive features (block **824**) and customizing the interactive features (block **828**).

Sharing the interactive chart **808** may include publishing the chart in a web page (block **832**), embedding the chart in an electronic document (block **836**), downloading the chart as an interactive self-contained object that can be embedded elsewhere (block **837**), publishing the chart to the public section of the web portal (block **838**), allowing the chart to be purchased (block **840**), and/or emailing the chart (block **844**). The chart may also be automatically updated (block **848**).

FIGS. **9-39** are exemplary screen shots of the user interface **212** for interactive chart generation and sharing. It will be appreciated that the screen shots are merely exemplary and that the user interface **212** and online portal may have a different look and feel than shown in FIGS. **9-39** and that the user interface **212** and online portal may include fewer screens or more screens than shown in FIGS. **9-39**. In addition, it will be appreciated that the online portal may have different features or combinations of features than those described herein.

The user interface **212** may be accessed using an Internet browser **908** such as Internet Explorer, Opera, Safari, Firefox, etc. The Internet browser **908** includes an address box **912**, a "Go" button **916**, forward and backward buttons **920**, **924** and a pointer **928** that allow the user to interact with the Internet browser **908**. Users access the user interface **212** by, for example, entering a web address associated with the online portal and user interface **212** in the address box **912** and pressing the "Enter" key on the keyboard or pressing the "Go" button **916**. Users can navigate through the website by selecting links on the web pages with the pointer **928** and/or pressing keys on the keyboard and/or pressing the forward and backward buttons **920**, **924**, as known in the art.

FIG. **9** illustrates an exemplary login screen **932** for the online portal. The login screen **932** includes a name region **936**, a password region **940** and a login button **944**. A user enters their name in the name region **936** and password in

US 9,712,595 B2

11

the password region **940** and presents the "enter" key on the
keyboard or selects the login button **944** to access the online
portal. The online portal then verifies the login information
provided by the user and grants the user additional access to
the online portal if the verification is successful.

FIG. **10** illustrates a screen shot of a main page **1000** of
the online portal. As shown in FIG. **10**, the main page **1000**
includes a "My icharts" tab **1004** and a "My Data Sheets"
tab **1008**. The "My icharts" tab **1004** is selected in FIG. **10**
and includes an icharts list **1012**, which includes three charts
**1016**a-c. The "My icharts" tab **1004** also includes a Share
All icharts button **1020**, a new ichart button **1024**, a find
ichart button **1028** and a view icharts list button **1032**.

FIG. **11** illustrates a screen shot of the My Data Sheets tab
**1008**. The My Data Sheets tab **1008** includes a list button
**1100** and a new data sheet button **1104**. The My Data Sheets
tab **1008** includes a data sheet pane **1108** that includes a list
of data sheet sheets created, owned or otherwise accessible
by the user. The My Data Sheets tab **1008** also includes a
introduction pane **1112** which includes instructions for cre-
ating a new data sheet or modifying an existing data sheet.

FIG. **12** illustrates the online portal when the new data
sheet button **1104** is selected. In FIG. **12**, introduction pane
**1112** is replaced with a new data sheet pane **1200**. The new
data sheet pane **1200** includes a data sheet name region
**1204**, a category region **1208**, a description region **1212**, an
upload data sheet region **1216**, a browse button **1220**, and an
information region **1224**. Users can upload a data file from,
for example, an Excel spread sheet using the upload data
sheet region **1216** and the browse button **1216**. The uploaded
data is then shown in the information region **1220** as shown
in FIG. **13**. Alternatively, users can enter data by manually
entering the data directly in the information region **1220**, as
shown in FIG. **13**.

FIG. **14** illustrates the online portal when the my icharts
tab **1004** is selected. As shown in FIG. **14**, when a user
creates a new ichart, the online portal includes a charting
pane **1400** and a data pane **1404**. The charting pane **1400** is
used to create and preview the chart, and the data pane **1404**
provides a list of data sheets. The data pane **1404** also
includes buttons **1408** and **1412** which allow the user to
create a new data sheet or upload a data sheet, respectively,
as described above. The data pane **1404** also includes
selectable tabs: data list **1416**, data detail **1420**, chart type
**1424** and preview **1428**. The charting pane **1400** also
includes the following selectable tabs: create a new ichart
**1423**, data sheet **1436** and preview ichart **1440**.

When a user clicks on the charting pane **1400**, several
chart types **1500** are displayed in the chart type tab **1424** of
the data pane **1404**, as shown in FIG. **15**. Exemplary chart
types **1500** include column charts, bar charts, line graphs
and pie charts, as shown in FIG. **15**. Other exemplary chart
types **1500** not shown in FIG. **15** include, for example,
combination, bubble, stacked, area, doughnut, scatter,
candlestick, waterfall, logarithmic, spline, radar, kagi, spark,
gantt, funnel, pyramid, gauge, and the like.

When a user selects a chart type **1500**, a blank charting
area is shown in the charting pane **1400**, as shown in FIG.
**16**. The user then selects data from the data pane **1404** in the
detailed data tab **1420** by clicking on the data with the
mouse. The user continues to click on the data and drags and
drops the data from the data pane **1404** and onto the chart
pane **1400** by moving the pointer **928** from the data pane
**1404** to the chart pane **1400** and releasing the mouse button
(i.e., the user drag and drops data from the data pane **1404**
to the chart pane **1400**). In particular, the user drags and

12

drops data onto the xaxis for x-axis data, and drags and drops
data onto they-axis for y-axis data.

As shown in FIG. **16**, when the chart type **1500** is
selected, the online portal includes selectable buttons: new
**1604**, save **1608**, save as preset **1612**, publish **1616**, share
ichart **1620**, reset layout **1624**, and customize ichart **1628**.
The online portal also includes a scale **1632**.

When the user drags and drops the data on the chart pane
**1400**, an interactive chart **1700** is automatically generated as
shown in FIG. **17**. The interactive chart has interactive
features as described above with reference to FIGS. **3-7**. The
audio playback interactive feature can be added by recording
an audio file using the online portal or uploading an audio
file to the online portal. The audio playback interactive
feature can be added before the chart is automatically
generated or after the chart is automatically generated.
Similarly, the video playback interactive feature can be
added by recording a video file using the online portal or
uploading a video file to the online portal. The video
playback interactive feature can also be added before the
chart is automatically generated or after the chart is auto-
matically generated.

The user then can manipulate the chart **1700** to have the
look and feel and interactive features that the user desires as
shown in FIGS. **18-21**. In FIG. **18**, the legend **1800** is moved
from on top of the chart **1700** to a different region and the
size of the legend **1800** is modified. As shown in FIG. **19**,
when a user right clicks on the chart **1700**, a popup window
**1900** is formed on the charting pane **1400**. The illustrated
popup window **1900** includes the following options: format
slice, label position, hide slice, remove pie series, detach
slice, format data tips, and shadow off. If a user selects the
select label position as shown in FIG. **20**, a select label
position popup window **2000** appears. The illustrated popup
window **2000** includes the following options: none, callout,
inside, inside with callout, and outside. As shown in FIG. **21**,
if a user right clicks on the legend **1800**, a popup window
**2100** appears. The popup window **2100** includes the follow-
ing options: format slice and hide slice. It will be appreciated
that the options that appear in the popup windows will vary
depending on the chart type (i.e., line graphs have different
options than bar graphs which have different options than the
pie chart).

When a user has completed customization of the chart
**1700**, the user can preview the chart **1700** by selecting the
preview ichart tab **1440** or the preview ichart tab **1428** as
shown in FIG. **22**. The chart **1700** is an interactive chart as
described above with reference to FIGS. **3-7**.

In one embodiment, users can store the chart **1700** as a
chart template by selecting the save as preset button **1612**.
Chart templates allow the users to create interactive charts
in the future that have the same look and feel as the generated
chart **1700**.

As shown in FIG. **23**, the user can modify the chart type,
by selecting the chart tab **2300** and then selecting a different
chart type **1500**. The chart is automatically updated. For
example, in FIG. **23** by selecting the bar chart type **1500**
from the chart type tab **1424** in the data pane **1404**, the chart
type is automatically changed from a pie chart to a bar chart.

Users can also modify existing charts, as shown in FIGS.
**24-27**. Users can access charts to modify by selecting the my
icharts tab **1004** to return to the main page **1000** of the online
portal (shown in FIG. **10**) and selecting one of the charts
**1016**a-c to modify. For example, as shown in FIG. **24**, the
chart **2400** can be modified by selecting the edit button **2404**,
duplicate button **2408**, delete button **2412**, share button **2416**
or embed button **2420**. If the user selects the copy button

US 9,712,595 B2

13

2408 or the edit button 2404, the selected chart is then displayed as shown in FIG. 25. The user can then select the data 2500 in the data pane 1404 or the chart in the charting pane 1400 to modify the chart. Users can also edit or update the data sheet in the charting pane, as shown in FIG. 26. In addition, users can modify the chart 1700 by adding a comment 2700 as shown in FIG. 27. Users can also modify the look and feel of the chart. The user can change the colors, fonts, locations of certain features, etc., based on the user's preferences. For example, corporations that have certain colors associated with their business (e.g., Best Buy's colors are blue and yellow, CocaCola's colors are red and white, Pepsi's colors are red and blue) can modify the colors of the interactive chart to reflect the corporation's colors.

As shown in FIG. 28, the user can also customize the chart by selecting the customize chart button 1628. When the customize chart button is selected, a popup window 2800 is displayed. The popup window 2800 includes the following selectable options: provide dynamic tips on individual data points, allow viewer to scale to individual data ranges, allow viewer to show/hide individual data series, change content of "about this ichart", allow viewer to copy ichart to his account, allow viewer to see the related data sheet, allow viewer to hide legend, allow viewer to hide data tips, and allow viewer to hide comments.

The interactive charts can also be shared using the online portal. For example, users can select to share the chart with other registered users of the online portal by selecting the share ichart button 1620. When the share ichart button 1620 is selected, the popup window 2900 is accessed, as shown in FIG. 29. The user can enter the user names with whom they want to share the ichart. The user can also share the chart 1700 by publishing the chart, as shown in FIG. 30, by selecting the publish button 1616. As shown in FIG. 30, a popup window 3000 is accessed when the publish button 1616 is selected. The popup window 3000 includes the following options: embed ichart, download ichart as interactive object for embedding into pdf or PowerPoint, download ichart as static image (GIF), download ichart as static image (JPG), download ichart as static image (TIFF), download ichart as static image (PDF), send link to ichart via email.

If the user chooses to embed the ichart, the popup window 3100 is displayed as shown in FIG. 31, which includes code for embedding the chart. If the user chooses to email the ichart, the popup window 3200 is displayed as shown in FIG. 32. The popup window includes a recipient email region 3204 for entering recipient emails and a message region 3208 for providing a message to the recipient. The users can select to embed the object as a cold snippet or download or embed as an interactive object. The chart may be part of a portal or script. The user can then publish the chart online or download and embed the chart into for example a PDF, .ppt, etc. file. The chart that is embedded or published can be interactive, and can, optionally, be updated automatically. For example, if the chart is embedded in an online portal, the user can upload additional data to update the chart in the online portal. Users can also copy, share or embed charts using the buttons 2408, 2416 and 2420 shown in FIG. 24.

FIG. 33 illustrates an online store environment 3300 of the online portal 200. The online store environment 3300 includes a charts tab 3304, a community tab 3308 and a my icharts tab 3312. The online store environment 3300 also includes a search box 3316 and a create your ichart button 3320. The charts tab 3304 includes a categories region 3324

14

that includes a list of categories 3328 and a charts region 3332 and a list of charts 3336.

Users can search the charts in the online store environment 3300 using the search box 3316 because the interactive charts are searchable. As described above, the charts are flash objects. When the flash objects are generated searchable tags are also generated. The chart may also include a detail page that contains rich tagging, which is also searchable (see FIG. 36 below).

When a user selects one of the charts 3336 from the charts region 3332, the user is presented with a detailed view 3400 of the selected chart 3336 as shown in FIGS. 34A-34B. The detailed view 3400 includes the chart 3336 and a description of the chart 3404, as shown in FIG. 34A, and a purchase area 3408 that includes a list of purchase options 3412, a related charts section 3416 and a more from the author region 3420, as shown in FIG. 34B. The purchase options 3412 include a pdf report that includes the interactive chart, the chart, or the data.

When a user selects to purchase the chart, report and/or data through one or more of the purchase options 3412, the chart is added to the myicharts page 3500 (associated with the myicharts tab 3312), as shown in FIG. 35. The myicharts page 3500 includes a list of charts 3504 that includes charts created by the user, purchased by the user or otherwise received by or shared with the user. The purchased chart, report and/or data can then be modified, shared, published, embedded, etc. by the purchaser.

FIG. 36 illustrates a screen shot of publish function 3600 for an interactive chart that has been modified. As shown in FIG. 36, when a user selects to publish the chart, the popup window 3604 is displayed. The popup window 3604 includes the option to republish the chart 3608 or stop publishing the chart 3612. If the user selects the option to republish the chart 3608, the user can select to list the chart in the online portal and/or automatically republish the chart if changes are made. The republish option 3608 therefore allows users to update the interactive charts that are embedded online. If the user selects the option to stop publishing the chart 3612, websites where the chart has been embedded show a message that the chart has been removed. The popup window 3504 may also include the embed code for the chart 3616 and/or the URL (uniform resource locator) for the net portal where the chart is located 3620.

FIG. 37 illustrates a screen shot of a list of charts 3700. Users can select each chart in the list 3700 to access a detailed page about that chart. The interactive charts that are published by the user from the online portal using the Publish function (see FIG. 36) have a detail page assigned on the web portal. FIG. 38 illustrates a detail page 3800 for an exemplary interactive chart 3804. As shown in FIG. 38, users can leave comments on the detail page 3800. Other charts from same user are shown on the detail page 3800, as well as related charts (e.g., based on charts tags and content).

The detail page is automatically search engine optimized by pulling chart content (title, comment, labels) into invisible tags that are embedded onto the page (not visible for the user). Once this page gets indexed by a search engine, such as Google et al, the tags are picked up and the chart becomes searchable. As described above, the chart flash object itself also contains tags. Search engines that are configured to search and index flash content can index the charts making the charts themselves searchable on pages where the chart has been embedded.

FIG. 39 illustrates a screen shot of an about the chart function 3900. When a user selects an "About" button on an interactive chart, the popup window 3900 is displayed. The

US 9,712,595 B2

15                                                      16

popup window **3900** includes an about section **3904** which provides detailed information about the chart which can be added by the user during or after chart generation. The popup window **3900** also includes a copyright section **3908** which includes copyright information about the interactive chart.

The interactive chart also includes a "Copy-To-My-Account" function that is enabled by the owner of the chart. If a visitor uses this function, a copy of the chart is created in the user's account. The user can then edit and republish the chart (using, for example, different formats and colors). This feature can be useful when a user wants to reuse a chart but use the user's own look & feel.

FIGS. **40**A-C illustrate a chart template feature **4000** for automatically modifying a chart by selecting a preset chart template. For example, FIG. **40**A illustrates a chart **4004** that has a first look and feel. As shown in FIG. **40**B, a user can select the preset tab **4008** which includes several selectable preset chart templates **4012**. If a user selects one of the preset chart templates **4012**, the chart **4004** is automatically updated to have the look and feel as the selected preset template chart **4012**, as shown in FIG. **40**C. The preset chart templates **4012** store formatting settings, such as colors, chart size, fonts, line thickness, etc., as a set. A preset can be created by saving any chart as a preset.

One use for the interactive charts described herein is PDF reports. FIGS. **41**A-**41**F illustrate an exemplary PDF report **4100** that includes interactive charts **4104**a-d. FIGS. **41**E-F illustrate exemplary interactive features **4008** of the interactive chart **4104**d. For example, in FIG. **41**E, the interactive features include the data mouse over pop up window feature. In FIG. **41**F, users can copy the chart or modify the chart in other ways using the more options button **4112**.

In one embodiment, the PDF report **4100** is generated by the user. The user downloads the chart as a flash file and then embeds the flash file into the PDF document using standard functions and features.

In one embodiment, a PPT document that includes an interactive chart is generated using a live cycle data services (i.e., flex data services) of a flex engine. The live cycle data service includes an API for generating PPT documents by merging client data or graphics with templates stored on the server. Alternatively, the PPT file can be created by the user by downloading the chart as a flash file and then embedding the flash file into the PPT document using standard functions and features.

FIG. **42** illustrates a webpage **4200** having an interactive chart **4204** embedded therein. A web developer can copy the code for the chart to embed the chart as described above.

When the data for the interactive chart is updated in the online portal, the chart on the web page is automatically updated. For example, the data on the webpage can be updated using a new flash file. If embed code has been implemented in a web page, the web page fetches the new flash file from the server and displays it. When the user refreshes the web page, the new flash chart is displayed. In another example, the data on the webpage can be updated using a data feed (e.g., RSS feed, Atom feed, etc.). In another example, if the online portal is a flex engine that includes live cycle data services (i.e., flex data services), the online portal has data management and messaging services that can automatically track changes and publishes the changes in the document or on the web page.

Because the interactive chart includes tags, the chart can be indexed by a search engine. Thus, the charts are searchable by search engines. The search engine crawls the website having the interactive chart, indexes the website and tags associated with the chart and stores the tags in a searchable database as known in the art.

FIG. **43** illustrates an exemplary screen shot of a business services application website **4300** according to one embodiment of the invention. The illustrated website **4300** includes a chart box **4304**, shown in further detail in FIG. **44**. Referring to FIGS. **43** and **44**, the chart box **4304** is configured to be embedded on a website to display one or more interactive charts on that website. The chart(s) are added to the chart box using a chart box tool provided by another website that allows users to generate, purchase or otherwise manipulate and select the interactive chart(s). For example, a blogger can embed the chart box on their blog website and automatically update the charts displayed in the chart box without reprogramming the website for their blog using another website. In another example, a financial institution can include multiple chart boxes into multiple pages of their website, each chart box including different types of interactive chart(s). The chart box **4304**, therefore, allows users or businesses with large amounts of data to easily and flexibly display varying charts on their website without the need for programming.

In one embodiment, the chart box **4304** is a flash widget. The chart box **4304** may be embedded once using an embed code onto a customer site. The embed code for the chart box **4304** may include retrieve code to fetch the interactive chart(s) selected for the chart box **4304** embedded in the customer site. Alternatively, the embed code may include a data feed, such as an ATOM feed, RSS feed, XML feed, etc., that is used to automatically update the interactive chart(s) displayed in the chart box **4304**. The chart box **4304** may be customizable (e.g., fonts, style, size, color and the like).

The illustrated chart box **4304** includes a viewing pane **4306** configured to display an interactive chart **4308**. The chart box **4304** also includes multiple interactive charts **4312** in a chart selection pane **4314**. Each of the interactive charts **4312** may be selected for display in the viewing pane **4306**. As shown in FIGS. **43** and **44**, the chart box **4304** may allow for a user to scroll through multiple interactive charts **4313** for display in the viewing pane **4306** using a page selection tool **4316** or scrolling arrows **4318**. It will be appreciated that the chart box **4304** may have a different configuration than illustrated and described above. For example, the chart box **4304** may only have a viewing pane **4306** that is configured to display one interactive chart **4308** or multiple interactive charts **4312**.

As shown in FIG. **45**, a user interface **4500** may be provided on the same website that allows for generation or purchase of interactive charts or on another website coupled to a server that includes several interactive charts that can be selected for display in the chart box **4304**. A user may select possible interactive charts for inclusion in the chart box **4304** using the toolbar **4504**. The user may use a charting pane **4508** to view and/or browse the interactive charts **4512** that can be selected for display in the chart box **4304**. The user interface also includes a chart box region **4516** that includes a chart box folder **4520**. The chart box folder **4520** is connected to the chart box **4304** such that the retrieve code for data feed displays the interactive chart(s) selected by the user in the chart box folder **4520**. The user can select the interactive chart(s) for display in the chart box **4304** by, for example, dragging and dropping one or more of the charts **4512** onto the chart box folder **4520**. When the user drops the selected chart(s) **4512** onto the chart box folder **4520**, the chart is automatically displayed in the chart box **4304** embedded on the user's website.

US 9,712,595 B2

17

It will be appreciated that in order to develop and incorporate the interactive charts conventionally, a programmer must be hired to develop the chart, link it to a data source and embed it onto the web-site. The cost to pay a programmer to build and embed a new interactive chart on a website can be $5,000 to $25,000, depending on the complexity of chart. In contrast, by embedding the charts with the chart box **4304** in the website and using the chart box tool **4500**, no programming is required to embed charts in the website. In addition, the number of charts that can be displayed using the chart box **4304** is unlimited. In order to change the charts displayable in the chart box, no programming is required because a user only needs to drag and drop the chart(s) using the tool **4500**. The costs are therefore a fraction of the present cost, effectively removing a barrier to more visual data content on the web.

FIG. **46** shows a diagrammatic representation of machine in the exemplary form of a computer system **4600** within which a set of instructions, for causing the machine to perform any one or more of the methodologies discussed herein, may be executed. In alternative embodiments, the machine operates as a standalone device or may be connected (e.g., networked) to other machines. In a networked deployment, the machine may operate in the capacity of a server or a client machine in server-client network environment, or as a peer machine in a peer-to-peer (or distributed) network environment. The machine may be a personal computer (PC), a tablet PC, a set-top box (STB), a Personal Digital Assistant (PDA), a cellular telephone, a web appliance, a network router, switch or bridge, or any machine capable of executing a set of instructions (sequential or otherwise) that specify actions to be taken by that machine. Further, while only a single machine is illustrated, the term "machine" shall also be taken to include any collection of machines that individually or jointly execute a set (or multiple sets) of instructions to perform any one or more of the methodologies discussed herein.

The exemplary computer system **4600** includes a processor **4602** (e.g., a central processing unit (CPU), a graphics processing unit (GPU) or both), a main memory **4604** (e.g., read only memory (ROM), flash memory, dynamic random access memory (DRAM) such as synchronous DRAM (SDRAM) or Rambus DRAM (RDRAM), etc.) and a static memory **4606** (e.g., flash memory, static random access memory (SRAM), etc.), which communicate with each other via a bus **4608**.

The computer system **4600** may further include a video display unit **4610** (e.g., a liquid crystal display (LCD) or a cathode ray tube (CRT)). The computer system **4600** also includes an alphanumeric input device **4612** (e.g., a keyboard), a cursor control device **4614** (e.g., a mouse), a disk drive unit **4616**, a signal generation device **4620** (e.g., a speaker) and a network interface device **4622**.

The disk drive unit **4616** includes a machine-readable medium **4624** on which is stored one or more sets of instructions (e.g., software **4626**) embodying any one or more of the methodologies or functions described herein. The software **4626** may also reside, completely or at least partially, within the main memory **4604** and/or within the processor **4602** during execution thereof by the computer system **4600**, the main memory **4604** and the processor **4602** also constituting machine-readable media.

The software **4626** may further be transmitted or received over a network **4628** via the network interface device **4622**.

While the machine-readable medium **4624** is shown in an exemplary embodiment to be a single medium, the term "machine-readable medium" should be taken to include a

18

single medium or multiple media (e.g., a centralized or distributed database, and/or associated caches and servers) that store the one or more sets of instructions. The term "machine-readable medium" shall also be taken to include any medium that is capable of storing, encoding or carrying a set of instructions for execution by the machine and that cause the machine to perform any one or more of the methodologies of the present invention. The term "machine-readable medium" shall accordingly be taken to include, but not be limited to, solid-state memories, optical and magnetic media, and carrier wave signals.

It should be understood that processes and techniques described herein are not inherently related to any particular apparatus and may be implemented by any suitable combination of components. Further, various types of general purpose devices may be used in accordance with the teachings described herein. It may also prove advantageous to construct specialized apparatus to perform the method steps described herein. The present invention has been described in relation to particular examples, which are intended in all respects to be illustrative rather than restrictive. Those skilled in the art will appreciate that many different combinations of hardware, software, and firmware will be suitable for practicing the present invention.

The present invention has been described in relation to particular examples, which are intended in all respects to be illustrative rather than restrictive. Those skilled in the art will appreciate that many different combinations of hardware, software, and firmware will be suitable for practicing the present invention. Moreover, other implementations of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. Various aspects and/or components of the described embodiments may be used singly or in any combination. It is intended that the specification and examples be considered as exemplary only, with a true scope and spirit of the invention being indicated by the following claims.

What is claimed is:

1. A system for creating interactive charts, the system comprising:

memory that stores a chart template;

a processor, wherein the processor executes instructions stored in the memory, causing the processor to:

generate a user interface on a first website,

receive chart data via the user interface,

receive a selection of the chart template via the user interface, and

generate an interactive chart including the chart data and the chart template; and

a network interface that, in response to generation of the interactive chart, transmits the interactive chart to a second website for display without the execution of the instructions stored in the memory to generate the user interface of the first website, wherein the second website receives an input from a second user and updates the interactive chart after the second website receives the input.

2. The system of claim **1**, wherein the user interface includes a chart pane that displays the generated interactive chart.

3. The system of claim **2**, wherein the user interface further includes a data pane that allows for the first user to drag the chart data from the data pane to the chart pane, wherein the interactive chart is generated after the chart data is dragged from the data pane to the chart pane.

US 9,712,595 B2

19                                                    20

**4**. The system of claim **1**, wherein the interactive chart retains one or more interactive features when displayed via the second website.

**5**. The system of claim **4**, wherein the one or more interactive features include at least one of a zoom feature, a data mouse-over pop-up window, a data hide feature, a data share feature, an audio feature, a video feature, an animation feature, and a drill-down feature, or a data gliding feature.

**6**. The system of claim **1**, wherein the interactive chart is stored in the memory and is selectable by a subsequent user.

**7**. A method for creating interactive charts, the method comprising:

receiving a selection of a chart template via the user interface;

receiving entry of chart data via the user interface;

generating an interactive chart including the chart data and the chart template;

transmitting the interactive chart to a second website for display in response to generation of the interactive chart, wherein:

the interactive chart is displayed via the second website without generating the user interface of the first website,

the second website receives an input from a second user, and

the interactive chart is updated after the second website receives the input.

**8**. The method of claim **7**, wherein the user interface includes a chart pane that displays the generated interactive chart.

**9**. The method of claim **8**, the method further comprising:

receiving an indication that the chart data has been dragged from a data pane in the user interface and dropped into the chart pane; and

generating the interactive chart after the chart data is dropped into the chart pane.

**10**. The method of claim **7**, wherein the interactive chart retains one or more interactive features when displayed via the second website.

**11**. The method of claim **10**, wherein the one or more interactive features include at least one of a zoom feature, a data mouse-over pop-up window, a data hide feature, a data share feature, an audio feature, a video feature, an animation feature, and a drill-down feature, or a data gliding feature.

**12**. The method of claim **1**, wherein the interactive chart is stored in memory and is selectable by a subsequent user.

**13**. A non-transitory computer readable storage medium having embodied thereon a program executable by a processor for creating interactive charts, the method comprising:

generating a user interface on a first website;

receiving a selection of a chart template via the user interface;

receiving entry of chart data via the user interface;

generating an interactive chart including the chart data and the chart template;

transmitting the interactive chart to a second website for display in response to generation of the interactive chart, wherein:

the interactive chart is displayed via the second website without generating the user interface of the first website,

the second website receives an input from a second user, and

the interactive chart is updated after the second website receives the input.

**14**. The non-transitory computer readable storage medium of claim **13**, wherein the user interface includes a chart pane that displays the generated interactive chart.

**15**. The non-transitory computer readable storage medium of claim **14**, wherein the program is further executable to:

allow the first user to drag the chart data from a data pane of the user interface and drop the data into the chart pane; and

generate the interactive chart after the chart data is dropped into the chart pane.

**16**. The non-transitory computer readable storage medium of claim **13**, wherein the interactive chart retains one or more interactive features when displayed via the second website.

**17**. The non-transitory computer readable storage medium of claim **16**, wherein the one or more interactive features include at least one of a zoom feature, a data mouse-over pop-up window, a data hide feature, a data share feature, an audio feature, a video feature, an animation feature, and a drilldown feature, and a data gliding feature.

**18**. The non-transitory computer readable storage medium of claim **13**, wherein the interactive chart is stored in memory and is selectable by a subsequent user.

*   *   *   *   *