UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

CIVIL ACTION NO: 1:23-CV-1225-DII

ICHARTS LLC
VS
TABLEAU SOFTWARE, LLC

## RETURN

Came to my hand:   10/19/2022   , at   11:45   o'clock   A.M.

- Summons in a Civil Action
- Complaint for Patent Infringement
- Jury Trial Demanded
- Exhibits
- Civil Cover Sheet

Executed by me on:   10/19/2023   , at   1:35   o'clock   P.M   at

211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, within the county of TRAVIS, by delivering to TABLEAU SOFTWARE, LLC, by delivering to its registered agent, CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to employee/managing agent, KANIASHA GROSS , in person, a true copy of the above specified documents.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Authorized Person: JERRY MELBER

STATE OF TEXAS)

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his/her personal knowledge and experience to be true and correct. Given under my hand and seal of office on this the  19th  day of  OCTOBER  2023


Dana L. McMichael
ID #47335/8
My Commission Expires
April 23, 2024

Notary Public

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | | |
|---|---|---|
| iCHARTS LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   **1:23-cv-1225-DII** |
| TABLEAU SOFTWARE, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TABLEAU SOFTWARE, LLC
c/o CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 787101-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael P. Adams
Dykema
111 Congress Avenue, Ste. 1800
Austin, Texas 78701
Email: madams@dykema.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:   10/13/2023

*Signature of Clerk or Deputy Clerk*

CTH: 10/19/23  @ 11:45?