UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ICHARTS LLC,

       Plaintiff,

  v.

TABLEAU SOFTWARE, LLC,

       Defendant.

No. C 24-03157 WHA

**REQUEST FOR INFORMATION**

**BY FRIDAY AT NOON,** both sides shall state the extent to which each of the following statements are true, citing for support column and line numbers in the patents-in-suit:

1. Adobe Flash preexisted the claimed invention and constituted prior art.
2. Adobe Flash had the capability to allow self-contained interactivity on the user's own computer.
3. These interactivities included the functions shown in the function bar **338** in Figure 3.
4. The words "client-side," "server-side," and "rendering" were not used in any claim or any specification in the patents-in-suit.

The Court is aware that columns nine and ten of the '892 patent specification describe certain interactive features (roughly columns eight and nine of the other patents). But nowhere does the specification state that those features were not already available via Adobe Flash. Thus, it is very hard to discern what the specification describes as an improvement over Adobe Flash. Rather, it seems the supposed invention was simply using Adobe Flash to produce

charts with nifty features, already within the capability of Adobe Flash, and to do so wholly on the user's computer, again already within the capability of Adobe Flash. Please also state the full extent to which the observations in this paragraph are true or untrue, citing chapter and verse in the patents-in-suit.

      Please limit responses to five pages; no appendices, no footnotes, and no declarations.

**IT IS SO ORDERED.**

Dated: November 20, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE