Fabio E. Marino (SBN 183825)
Fabio.Marino@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
1279 Oakmead Parkway
Sunnyvale, CA 94085
Tel: 408-720-3436

Steven M. Levitan (SBN 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (SBN 188454)
Chris.Mammen@wbd-us.com
Carrie J. Richey (SBN 270825)
Carrie.Richey@wbd-us.com
Daniel M. Grigore (SBN 347602)
Daniel.Grigore@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Ste. 2750
San Francisco, CA 94111
Tel: 415-765-6240

Attorneys for Plaintiff
iCHARTS LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| iCHARTS LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>TABLEAU SOFTWARE, LLC,<br><br>            Defendant. | Case No.: 3:24-cv-03157-WHA<br><br>**iCHARTS' NOTICE OF APPEAL**<br><br>Complaint Filed: October 10, 2023 |

1  Plaintiff iCharts LLC hereby appeals to the United States Court of Appeals for the
2  Federal Circuit from the Order Re [74] Motion for Judgment on the Pleadings, entered on
3  December 12, 2024, Dkt. No. 118, granting Defendant Tableau Software, LLC's motion for
4  judgment on the pleadings, and any judgments or orders relating thereto.

7  Dated: December 13, 2024        Respectfully submitted,

8                                  **WOMBLE BOND DICKINSON (US) LLP**

10                                 */s/ Fabio E. Marino*
                                   Fabio E. Marino

11                                 Counsel for Plaintiff
12                                 *iCHARTS LLC*