RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
UDIT SOOD (CSB No. 308476)
udit@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Tableau Software, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| iCHARTS LLC, | Case No: 3:24-cv-03157-WHA |
| Plaintiff, | **DECLARATION OF RYAN TYZ IN SUPPORT OF TABLEAU'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| TABLEAU SOFTWARE, LLC, | |
| Defendant. | |

I, Ryan Tyz, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and the Northern District of California. I am the owner of Tyz Law Group PC, and lead counsel of record for Defendant Tableau Software, LLC in this action. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently and under oath to the same.

2. I have met and conferred with Defendants' counsel, Mr. Fabio Marino, for the purpose of attempting to resolve this fee motion. The parties were unable to reach an agreement and remain at an impasse, but plan to continue conferring to resolve this motion.

## PRODUCED DOCUMENTS

3. Attached as **Exhibit 1** is a true and correct copy of a Patent Assignment from iCharts, Inc. to ichasoco LLC for U.S. Patent No. 8,271,892, dated September 13, 2021 and produced by Plaintiff at Bates number ICHARTS0001063.

4. Attached as **Exhibit 2** is a true and correct copy of a Patent Assignment from iCharts, Inc. to ichasoco LLC for U.S. Patent No. 8,520,000, dated September 13, 2021 and produced by Plaintiff at Bates number ICHARTS0001054.

5. Attached as **Exhibit 3** is a true and correct copy of a Patent Assignment from iCharts, Inc. to ichasoco LLC for U.S. Patent No. 9,712,595, dated September 13, 2021 and produced by Plaintiff at Bates number ICHARTS0001091.

6. Attached as **Exhibit 4** is a true and correct copy of a Patent Assignment from ichasoco LLC to iCharts LLC for U.S. Patent No. 8,271,892, dated September 20, 2021 and produced by Plaintiff at Bates number ICHARTS0001060.

7. Attached as **Exhibit 5** is a true and correct copy of a Patent Assignment from ichasoco LLC to iCharts LLC for U.S. Patent No. 8,520,000, dated September 20, 2021 and produced by Plaintiff at Bates number ICHARTS0001082.

8. Attached as **Exhibit 6** is a true and correct copy of a Patent Assignment from ichasoco LLC to iCharts LLC for U.S. Patent No. 9,712,595, dated September 20, 2021 and produced by Plaintiff at Bates number ICHARTS0001074.

9. Attached as **Exhibit 7** is a true and correct copy of email correspondence produced by Plaintiff at Bates number ICHARTS0008766. I have added highlighting to relevant portions of Exhibit 7.

## WRITTEN DISCOVERY

10. Attached as **Exhibit 8** is a true and correct copy of an excerpt of Plaintiff iCharts' Responses and Objections to Defendant Tableau's First Set of Interrogatories (Nos. 1–12), dated August 5, 2024. I have added highlighting to relevant portions of Exhibit 8.

11. Attached as **Exhibit 9** is a true and correct copy of an excerpt of Plaintiff iCharts' First Supplemental Responses and Objections to Defendant Tableau's First Set of Interrogatories (Nos. 1–12), dated October 8, 2024. I have added highlighting to relevant portions of Exhibit 9.

12. Attached as **Exhibit 10** is a true and correct copy of an excerpt of Plaintiff iCharts' First Amended Initial Disclosures, dated October 18, 2024. I have added highlighting to relevant portions of Exhibit 10.

13. Attached as **Exhibit 11** is a true and correct copy of an excerpt of Plaintiff iCharts' Second Supplemental Responses and Objections to Defendant Tableau's First Set of Interrogatories (Nos. 3, 5, 8, 9, and 10), dated November 15, 2024. I have added highlighting to relevant portions of Exhibit 11.

## DOCUMENTS FROM OLD ICHARTS' BANKRUPTCY

14. Attached as **Exhibit 12** is a true and correct copy of an excerpt of iCharts, Inc.'s ("Old iCharts'") "Voluntary Petition for Non-Individuals Filing for Bankruptcy," filed April 30, 2018 in the Northern District of California Bankruptcy Court, Case No. 18-50958 (Dkt. 1). I have added highlighting to relevant portions of Exhibit 12.

15. Attached as **Exhibit 13** is a true and correct copy of the "Declaration of Fred Hjelmeset in Support of Motion for Order Approving Agreement to Settle Litigation, Purchase Source Code and General Release," filed February 3, 2020 in the Northern District of California Bankruptcy Court, Case No. 18-50958 (Dkt. 40-1).

16. Attached as **Exhibit 14** is a true and correct copy of Seymour Duncker's "Objection to Applications for Compensation, Case No. 18-50958 MEH," filed April 14, 2020 in

the Northern District of California Bankruptcy Court, Case No. 18-50958 (Dkt. 49). I have added highlighting to relevant portions of Exhibit 14.

17. Attached as **Exhibit 15** is a true and correct copy of the "Combined Response to the Objection of Seymour Duncker to the Applications for Compensation for the Trustee and His Professionals," filed June 22, 2020 in the Northern District of California Bankruptcy Court, Case No. 18-50958 (Dkt. 56). I have added highlighting to relevant portions of Exhibit 15.

18. Attached as **Exhibit 16** is a true and correct copy of the "Order Overruling Objection to Fee Applications," filed June 26, 2020 in the Northern District of California Bankruptcy Court, Case No. 18-50958 (Dkt. 58).

19. Attached as **Exhibit 17** is a true and correct copy of the "Chapter 7 Trustee's Final Account and Distribution Report Certification that the Estate has been Fully Administered and Application to be Discharged (TDR)," filed September 3, 2020 in the Northern District of California Bankruptcy Court, Case No. 18-50958 (Dkt. 72).

20. Attached as **Exhibit 18** is a true and correct copy of the "Final Decree" filed December 28, 2020 in the Northern District of California Bankruptcy Court, Case No. 18-50958 (Dkt. 75).

## TYZ LAW GROUP ATTORNEYS

21. **Ryan Tyz**: I am the founder and owner of Tyz Law Group. I am a member in good standing with the California State Bar and have practiced law in the State of California since 2004. I have roughly 20 years of experience litigating complex intellectual property and business disputes. I have participated as counsel in numerous other matters in this District, including patent matters. I have been ranked as one of the Top Intellectual Property Lawyers in California for past five years (2020, 2021, 2022, 2023, and 2025) by the *Daily Journal*. Prior to founding Tyz Law Group, I spent roughly ten years as an attorney in Fenwick & West's intellectual property litigation group where I represented technology clients in intellectual property matters, including patent litigation. I graduated from the University of Oregon School of Law in 2004, where I was an editor of the Oregon Law Review. I have been lead trial counsel for Tableau in this matter since its inception. My time spent working on this case has involved overseeing all aspects of

Tableau's defense, including developing strategy, reviewing and editing motions, attending and arguing at hearings, conferring with opposing counsel, and leading pretrial matters. My listed hourly rate during this matter was $950, discounted to $925.

22. **Erin Jones**: Erin Jones is a senior attorney at Tyz Law Group, and the firm's longest tenured employee. She is a member of good standing with the California State Bar and has practiced law in the State of California since 2007. Dr. Jones graduated from the University of California, Berkeley School of Law, where she was an editor for the Berkeley Technology Law Journal and was awarded a Law & Technology Certificate and a Prosser Prize in Quantitative Methods in Law. Prior to joining Tyz Law Group, Dr. Jones litigated complex intellectual property cases for eight years in the Silicon Valley offices of Fish & Richardson PC, Weil, Gotshal and Manges, LLP, and Fenwick & West LLP. She served as a judicial law clerk to the Honorable James Donato, District Judge of the Northern District of California. Dr. Jones has a Ph.D. in Electrical Engineering and Computer Sciences from University of California, Berkeley. Prior to law school, Dr. Jones worked in academia and as a manager and leader in the microelectronics industry. Dr. Jones' time spent working on this case involved assisting with strategy, overseeing and revising Defendant's motions, motion responses, and discovery, managing the day-to-day activities in this matter, leading technical aspects of the case, developing non-infringement and invalidity positions, researching prior art, leading disclosures and contentions, and working with a technical expert and overseeing the contract attorneys below in the charting prior art references for invalidity contentions. Dr. Jones' listed hourly rate during this matter was $850, discounted to $830.

23. **Ciara McHale**: Ciara McHale is an attorney at Tyz Law Group. She is a member of good standing with the California State Bar and has practiced law in the State of California since 2013. Ms. McHale graduated from the University of California, Berkeley School of Law, where she was received the American Jurisprudence Award in Evidence and a Prosser Prize in Written & Oral Advocacy. Ms. McHale regularly represents clients in intellectual property matters. Prior to joining Tyz Law Group, Ms. McHale litigated complex intellectual property cases for 6 years at Fenwick & West in the firm's Intellectual Property & Commercial Litigation

1  group.  Ms. McHale's time spent working on this case involved drafting and reviewing
2  Defendant's motions, motion responses, and discovery, including factual investigation and
3  gathering, handling day-to-day activities in this matter.  Ms. McHale's listed hourly rate during
4  this matter was $850, discounted to $830.

5  24.  **Udit Sood**: Udit Sood is an attorney at Tyz Law Group.  He is a member of good
6  standing with the California State Bar and has practiced law in the State of California since 2015.
7  Mr. Sood received a Masters in Law (LL.M.) in Law, Science & Technology from Stanford Law
8  School in 2015.  Prior to his LL.M., between 2011 and 2014, Mr. Sood litigated intellectual
9  property disputes before the Delhi High Court and the Supreme Court of India.  In 2011, Mr. Sood
10  obtained an LL.B. degree (Juris Doctor equivalent) from the National University of Juridical
11  Sciences in Kolkata, India, and was awarded a gold medal in Patent Law for standing first in order
12  of merit.  Prior to joining Tyz Law Group, Mr. Sood litigated intellectual property disputes with
13  Covington & Burling LLP for nine years, based out of the firm's San Francisco office.  Mr. Sood's
14  time spent working on this case involved drafting and reviewing Defendant's motions, motion
15  responses, and discovery, including factual investigation and gathering; corresponding with the
16  client, opposing counsel, and third-party counsel; and handling day-to-day activities.  Mr. Sood's
17  listed hourly rate during this matter was $850, discounted to $830.

18  25.  **Sean Apple**:  Sean Apple is an attorney at Tyz Law Group.  He is a member of
19  good standing with the California State Bar and has practiced law in the State of California since
20  2015. Mr. Apple graduated *magna cum laude* from the University of California, Hastings College
21  of the Law, where he was elected Order of the Coif and served as a senior production editor of
22  the Hastings Law Journal.  Prior to joining Tyz Law Group, Mr. Apple spent roughly three years
23  as an intellectual property litigator at the Silicon Valley office of Baker Botts LLP.  Mr. Apple's
24  time spent working on this case involved drafting Defendant's motions, including legal research,
25  investigating facts, reviewing documents, preparing court submissions, and assisting with
26  discovery.  Mr. Apple's listed hourly rate during this matter was $700, discounted to $685.

27  26.  **Xiaoyuan Zhang**: Xiaoyuan Zhang is an attorney at Tyz Law Group.  He is a
28  member of good standing with the California State Bar and has practiced law in the State of

1   California since 2021.  Mr. Zhang received a Bachelor of Science in Electrical Engineering and
2   a Minor in Computer Science from Purdue University and graduated from Boston College Law
3   School in 2021.  Before joining Tyz Law Group, he practiced at Fenwick & West's San Francisco
4   and New York offices for roughly three years, focusing on intellectual property disputes.  In this
5   case, Mr. Zhang handled legal research and third-party discovery involving system prior art
6   witnesses, including researching and analyzing system prior art, coordinating with third-party
7   counsel on technical production, and supplementing invalidity contentions.  Mr. Zhang's listed
8   hourly rate during this matter was $500, discounted to $490.

9        27.    **John Giust**:  John Giust is a contract attorney and a member of good standing with
10  the California State Bar.  He graduated suma cum laude from the American University
11  Washington College of Law in 1995 and holds an L.L.M. in Patent and Intellectual Property Law
12  from the George Washington University (1998).  Mr. Giust was previously a partner practicing
13  intellectual property litigation at Gray Cary Ware & Freidenrich; Fish & Richardson; and Minz
14  Levin.  Mr. Giust's time spent working on this case involved analyzing prior art references and
15  drafting contentions.  Tyz Law Group billed Mr. Giust's time at an hourly rate of $450.

16       28.    **Wendy Akbar**:  Wendy Akbar is a contract attorney and member of good standing
17  with the New York, Arizona and Virginia State Bar.  Ms. Akbar graduated from the University
18  of Pennsylvania School of Law in 2002.  Ms. Akbar has previously worked at Quarles & Brady
19  in Arizona, and Belknap Webb & Tyler in New York.  Ms. Akbar's time spent working on this
20  case involved technical analysis of the accused and practicing products, analyzing prior art
21  references, and drafting contentions.  Tyz Law Group billed Ms. Akbar's time at an hourly rate
22  of $450.

23       29.    **Tiffany Weger**:  Tiffany Weger is a paralegal at Tyz Law Group.  She has more
24  than a decade of experience working as a litigation paralegal.  Ms. Weger received her bachelor's
25  degree in criminal justice administration and later earned her Paralegal certification from
26  California State University.  Ms. Weger's time spent working on this case involved helping to
27  draft pleadings, cite checking motions, handling exhibits, and preparing materials for hearings.
28  Ms. Weger's listed hourly rate is $325, discounted to $320.

30. In my role at Tyz Law Group, I am responsible for setting the hourly rates for all attorneys at the firm. Tyz Law Group also oversaw and billed the work performed by contract attorneys John Giust and Wendy Akbar. The hourly rate for each of the individual attorneys above was based on a variety of factors, including seniority, level of experience, and substantive knowledge. I routinely evaluate the firm's hourly rates, so they are competitive with fees of other comparable firms located in Northern California. Because I have experience at large and small law firms and have spent my entire career as an attorney practicing law in the San Francisco Bay Area, I am familiar with the prevailing hourly rates for attorneys in this market. I believe the hourly rate of each attorney at Tyz Law Group set forth above is commensurate with prevailing hourly rates that attorneys with similar seniority and experience typically command in the San Francisco Bay Area in patent litigation and is lower than the rates of big-firm lawyers.

## TYZ LAW GROUP TIME AND COST RECORDS

31. Consistent with customary legal practice, Tyz Law Group attorneys keep contemporaneous records of their time each day which are excerpted, compiled by software and sent to Plaintiff each month in the regular course of business. I have reviewed these time entries as part of preparing this declaration.

32. Attached as **Exhibit 19** is a true and correct copy of a report derived from Tyz Law Group's contemporaneous time records of entries for this litigation through December 20, 2024. Some portions of Exhibit 19 are redacted based on attorney-client privilege. Below is a table of the time and associated fees for each attorney (at their hourly rate set forth above) from Exhibit 19:

| Lodestar Calculation | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Fees |
| Ryan Tyz | 164.3 | $925 | $151,978 |
| Erin Jones | 964.9 | $830 | $800,867 |
| Udit Sood | 186.7 | $830 | $154,961 |
| Ciara McHale | 408.9 | $830 | $339,387 |
| Sean Apple | 246.4 | $685 | $168,784 |
| Xiaoyuan Zhang | 116.7 | $490 | $57,183 |
| John Giust | 188.5 | $450 | $84,825 |
| Wendy Akbar | 144.8 | $450 | $65,160 |

| Lodestar Calculation | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Fees |
| Tiffany Weger | 64.6 | $320 | $20,672 |
| **TOTAL** | **2485.8** | | **$1,843,817** |

Although Exhibit 19 includes time entries for work done in connection with an IPR, the table above excludes the time and fees for such entries because I understand that fees for work on an IPR is not compensable under the Patent Act.

33. It is my view that the work performed by Tyz Law Group reflected in Exhibit 19 was reasonable given the amount at stake in this litigation, the number of patents, the number of attorneys and positions taken by Defendants' counsel, the length of the litigation which started in Texas, and the factual and legal complexity of the issues. Tyz Law Group exercised sound billing judgment and assigning tasks to personnel who could handle them most efficiently, including to the appropriate attorneys when possible. I believe that these hours are reasonable based on the briefing for the motion to transfer and motion for judgment on the pleadings, which were necessitated by Plaintiff's actions and won by Tableau. Most of the remaining time was spend on discovery, including responding to 12 interrogatories and 58 requests for production served by Plaintiff, reviewing Plaintiff's voluminous infringement contentions, and drafting invalidity contentions. Based on attorney coding and my review of the time entries, I estimate that the hours and fees corresponding to these activities are as follows:

| Task | Hours | Fees |
|---|---|---|
| Motion to Transfer | 281.9 | $232,091.00 |
| Motion for Judgment on the Pleadings | 306.4 | $235,157.50 |
| Discovery / Invalidity Contentions | 1,510.6 | $1,073,653.00 |

34. As a comparison to Tyz Law Group's hourly fees, attached as **Exhibit 20** is the "Declaration of Jon Dean in Support of Diablo's Motion for Attorney's Fees," filed May 8, 2015 in the Northern District of California, Case No. 13-cv-05962 (Dkt. 469-1), which at Paragraph 11 states that Fabio Marino, who is counsel for Plaintiff, had a standard hourly rate of $1,020. I have added highlighting to relevant portions of Exhibit 20.

///

///

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 26, 2024 in Larkspur, California.

_____
Ryan Tyz