# EXHIBIT 2

506887905        09/24/2021

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT6934725

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| ICHARTS, INC. | 09/13/2021 |

**RECEIVING PARTY DATA**

| Name: | ICHASOCO LLC |
|---|---|
| Street Address: | 5900 BALCONES DRIVE SUITE 100 |
| City: | AUSTIN |
| State/Country: | TEXAS |
| Postal Code: | 78731 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 8520000 |

**CORRESPONDENCE DATA**

| Fax Number: | (415)248-2101 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 415-248-2122 |
|---|---|
| Email: | USPT@POLSINELLI.COM, SFPATENT@POLSINELLI.COM |
| Correspondent Name: | POLSINELLI LLP |
| Address Line 1: | THREE EMBARCADERO CENTER |
| Address Line 2: | SUITE 2400 |
| Address Line 4: | SAN FRANCISCO, CALIFORNIA 94111 |

| ATTORNEY DOCKET NUMBER: | ICHA-002 |
|---|---|
| NAME OF SUBMITTER: | BINDI PATEL |
| SIGNATURE: | /BINDI PATEL/ |
| DATE SIGNED: | 09/24/2021 |

**Total Attachments: 2**
source=ICHA-002_Assignment_iCharts, Inc. to ichasoco LLC-c#page1.tif
source=ICHA-002_Assignment_iCharts, Inc. to ichasoco LLC-c#page2.tif

506887905

PATENT  
REEL: 057591 FRAME: 0236

ICHARTS0001054

ICHA-002

## ASSIGNMENT

WHEREAS, iCharts, Inc., a corporation of the State of Delaware, having its principal place of business at 440 North Wolfe Road, Sunnyvale, CA 94085 (hereinafter, "ASSIGNOR"), was as of the effective date of this Assignment the owner of patent 8,520,000 and patent application 12/372,696 (collectively, "the Patent") and the inventions disclosed and claimed therein; and

WHEREAS, ichasoco LLC, a corporation of the State of Texas, having its principal place of business at 5900 Balcones Drive Suite 100, Austin, TX, 78731, (hereinafter, "ASSIGNEE"), is desirous of acquiring all of ASSIGNOR'S right and title in the Patent:

For good and valuable consideration, receipt of which is hereby acknowledged, ASSIGNOR hereby sells, assigns, transfers and conveys unto ASSIGNEE, its successors, assigns and legal representatives, the entire right, title and interest in and to the Patent, for all countries, in and to any and all inventions and improvements which are disclosed in the Patent, in and to all divisionals, renewals, continuations, and continuations-in-part thereof, and all Letters Patent of the United States which may be granted thereon, and all reissues and extensions thereof, and all applications for Letters Patent or other grants of protection of proprietary rights including, but not limited to, inventor's certificate, utility model, utility certificate, patent of importation, registration of patent and industrial design registration which may be filed, and which may be granted, upon said inventions in any countries or regions foreign to the United States, and all divisionals, reissues, renewals and extensions thereof, and the right to sue in its own name to recover for past infringement of any of the Patent;

AND ASSIGNOR hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States, and all officials of countries or regions foreign to the United States having authority so to do, to issue all such Letters Patent or other grants of protection upon said inventions to the ASSIGNEE or to such nominees as it may designate;

AND ASSIGNOR hereby authorizes and empowers ASSIGNEE or nominees to invoke and claim for any application for such Letters Patent or other grants of protection for said inventions filed by it or them, the benefit of the right of priority provided by the international Convention for the Protection of industrial Property, as amended, or by a convention which may henceforth be substituted

**PATENT**
**REEL: 057591 FRAME: 0237**

ICHARTS0001055

ICHA-002

for it, and to invoke and claim such right of priority without further written or oral authorization from us;

AND ASSIGNOR hereby covenants that it has the full right to convey the entire right, title and interest herein assigned and that it has not executed and will not execute any agreement in conflict herewith;

AND ASSIGNOR hereby covenants and agrees that it will communicate to ASSIGNEE or nominees all facts known to us pertaining to said inventions, and testify in all legal proceedings, sign all lawful papers, execute. all divisional, continuing and reissue applications, make all rightful oaths and declarations and in general perform all lawful acts necessary or proper to aid ASSIGNEE or nominees in obtaining, maintaining and enforcing all lawful patent or other grants of protection of said inventions in any and all countries and regions.

iCharts, Inc.

DATED: 9/13/2021        By: _____
                             Seymour Duncker
                             CEO


ichasoco LLC

DATED: 9/10/2021        By: _____
                             Valerie Duncker
                             Managing Member

2

RECORDED: 09/24/2021

PATENT
REEL: 057591 FRAME: 0238

ICHARTS0001056