Fabio E. Marino (SBN 183825)
Fabio.Marino@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
1279 Oakmead Parkway
Sunnyvale, CA 94085
Tel:  408-720-3436

Steven M. Levitan (SBN 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (SBN 188454)
Chris.Mammen@wbd-us.com
Carrie J. Richey (SBN 270825)
Carrie.Richey@wbd-us.com
Daniel M. Grigore (SBN 347602)
Daniel.Grigore@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Ste. 2750
San Francisco, CA 94111
Tel:  415-765-6240

Attorneys for Plaintiff
iCHARTS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| iCHARTS LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>TABLEAU SOFTWARE, LLC,<br><br>          Defendant. | Case No.: 3:24-cv-03157-WHA<br><br>**iCHARTS' RESPONSE TO TABLEAU'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Complaint Filed:  October 10, 2023 |

ICHARTS' RESP. TO TABLEAU'S ADMIN. MTN TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

CASE NO.: 3:24-cv-03157-WHA

iCharts hereby responds to Tableau's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (D.N. 122).  Having reviewed the material identified by Tableau in its Administrative Motion, iCharts hereby notifies the Court and Tableau that it does not intend to file an Administrative Motion to Seal, and, given that Tableau has stated that it has no interest in sealing any portion of these documents, iCharts likewise does not object to the identified material being placed in the public record.

Dated: December 31, 2024                           Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Fabio E. Marino*
Fabio E. Marino

Counsel for Plaintiff
*iCHARTS LLC*