UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| iCHARTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TABLEAU SOFTWARE, LLC,<br><br>    Defendant. | Case No: 3:24-cv-03157-WHA<br><br>[~~PROPOSED~~] ORDER RE TABLEAU'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED **AS AMENDED** |

1  Having considered Defendant's December 26, 2024 Administrative Motion to
2  Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 122), and plaintiff's
3  response declining to support the proposed redactions (Dkt. No. 124), the Court hereby
4  DENIES the Motion and ORDERS that the documents subject to the motion be publicly filed.
5  The Court has jruisdiction.  *Brennan v. Opus Bank*, 796 F.3d 1125, 1126, 1134 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated:  December 31, 2024

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE