RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
UDIT SOOD (CSB No. 308476)
udit@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Tableau Software, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| iCHARTS LLC, | Case No: 3:24-cv-03157-WHA |
| Plaintiff, | **DEFENDANT'S NOTICE OF FILING DOCUMENTS PURSUANT TO COURT ORDER (Dkt. 125)** |
| v. | |
| TABLEAU SOFTWARE, LLC, | |
| Defendant. | |

Pursuant to the Court's Order at Dkt. No. 125, Tableau Software, LLC hereby provides notice of its public filing of unredacted documents that were conditionally filed under seal, which are attached to this Notice.

Respectfully submitted,
TYZ LAW GROUP PC

Dated: January 2, 2025

*/s/ Sean Apple*
Sean Apple

Attorneys for Defendant
Tableau Software, LLC