RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
UDIT SOOD (CSB No. 308476)
udit@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Tableau Software, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| iCHARTS LLC, | Case No: 3:24-cv-03157-WHA |
| Plaintiff, | **EXHIBIT 7 TO DECLARATION OF RYAN TYZ IN SUPPORT OF TABLEAU'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| TABLEAU SOFTWARE, LLC, | |
| Defendant. | |

EXHIBIT 7                                    CASE NO. 3:24-cv-03157-WHA

| | |
|---|---|
| **From:** | Jay Peir <jpeir@yahoo.com> |
| **Sent:** | Sat 8/10/2013 9:58:02 PM (UTC-07:00) |
| **To:** | Seymour Duncker <seymour.duncker@icharts.net> |
| **Subject:** | Re: Connect / Meet-up |

Seymour,

Small world!  Sorry - Rosa mentioned a few weeks ago that you were interested in connecting.  Just been busy getting ready for our first earnings call (which was last Thursday).  I am traveling part of this week.  Perhaps we can touch base the following week?

Best,
-Jay

---

**From:** Seymour Duncker <seymour.duncker@icharts.net>
**To:** jpeir@yahoo.com
**Sent:** Wednesday, August 7, 2013 11:43 AM
**Subject:** Connect / Meet-up

Hey Jay,
Wanted to connect with you. Just in case: I am Lucian's dad.

Never knew that you were at Tableau, just found out recently. Do you want to meet up for a chat? My start-up iCharts is in an adjacent space focussing on Data Publishers. Have been following Tableau for some time, very impressive. I believe there are some good touch points we should discuss.

Let me know what works for you, this week is a good week to meet.

Best,
Seymour



--
Seymour Duncker
Founder & CEO
www.icharts.net

phone: 408 300-8268
twitter: @seymourduncker
twitter: @icharts

**Love data?** So do we. [iCharts]
--

| | |
|---|---|
| **From:** | Seymour Duncker <seymour.duncker@icharts.net> |
| **Sent:** | Mon 8/19/2013 11:41:31 PM (UTC-07:00) |
| **To:** | Jay Peir <jpeir@yahoo.com> |
| **Subject:** | Re: Meet next week |

Hey Jay,
Main topic is the partnership opportunity that I see, could be very interesting.

Patent is a side theme, but in any case here you go: http://www.google.com/patents/US8271892.
This is the main one, however we are getting additional ones granted related to this core patent.

Let me know what works for you.

Best,
Seymour


On Mon, Aug 19, 2013 at 11:00 PM, Jay Peir <jpeir@yahoo.com> wrote:

> Seymour,
>
> If that is the topic you'd like to discuss, why don't we hold off on meeting until I have a chance to better understand what the patents you have are? Can you let me know what patents are held by iCharts?
>
> Regards,
> -Jay

**From:** Seymour Duncker <seymour.duncker@icharts.net>
**To:** Jay Peir <jpeir@yahoo.com>
**Sent:** Monday, August 19, 2013 10:29 PM
**Subject:** Re: Meet next week

Jay,
Sounds good - 8/29 works. Also 8/26 if you have an opening.

What I was looking forward to discuss is how we could partner around public and commercial data. Very interested in your longer-term priorities/thoughts around Tableau Public. I see a great potential how we could work together here.

==Also, wanted to chat regarding our patents around Creating, Sharing and Embedding of Interactive Charts. There may be some overlap with regards to Tableau Public / Tableau Online and my board wanted me to look into it.==

Look forward meeting up. Btw - what's your Company eMail?

Best,

Seymour

On Mon, Aug 19, 2013 at 2:31 PM, Jay Peir <jpeir@yahoo.com> wrote:

Seymour,

Sorry for the delayed response.  It's a pretty hectic week as we have our board meeting on Friday.  How about the following Thursday or Friday morning (8/29 or 8/30)?

-Jay

**From:** Seymour Duncker <seymour.duncker@icharts.net>
**To:** Jay Peir <jpeir@yahoo.com>
**Sent:** Friday, August 16, 2013 11:53 AM
**Subject:** Meet next week

Hi Jay,
Wanted to check in regards next week, just heading back from New York myself.
Are you free on 8/20 or 8/21?
Best,
Seymour



--
Seymour Duncker
Founder & CEO
iCharts
phone: 408 300-8268
twitter: @seymourduncker
twitter: @icharts

**Love data?** So do we. [iCharts]
--



--
Seymour Duncker
Founder & CEO
iCharts

"Highly Confidential - Attorney                                                                ICHARTS0008768

phone: 408 300-8268
twitter: @seymourduncker
twitter: @icharts

**Love data?** So do we. [iCharts]

--

| | |
|---|---|
| **From:** | Seymour Duncker <seymour.duncker@icharts.net> |
| **Sent:** | Fri 12/6/2013 5:06:34 PM (UTC-08:00) |
| **To:** | Jay Peir <jpeir@tableausoftware.com> |
| **Subject:** | Re: Meeting up |

Sure, lets do 11am on Wednesday.

On Fri, Dec 6, 2013 at 10:14 AM, Jay Peir <jpeir@tableausoftware.com> wrote:

> Seymour,
>
> I'm based in Menlo Park on El Camino. Could we meet at our offices? Could do 11AM, 2PM or 3PM.
>
> Regards,
>
> -Jay
>
> **From:** Seymour Duncker [mailto:seymour.duncker@icharts.net]
> **Sent:** Friday, December 06, 2013 9:34 AM
> **To:** Jay Peir
> **Subject:** Re: Meeting up
>
> Jay,
>
> Seems like this got lost. Would early pm work? And where do you want to meet?
>
> Best,
> Seymour
>
> On Wed, Dec 4, 2013 at 5:35 PM, Seymour Duncker <seymour.duncker@icharts.net> wrote:
>
> Wednesday works, where do you want to meet?

On Wed, Dec 4, 2013 at 5:22 PM, Jay Peir <jpeir@tableausoftware.com> wrote:

Seymour,

Would either next Wednesday or Thursday morning work for you?

Thanks,

-Jay

**From:** Seymour Duncker [mailto:seymour.duncker@icharts.net]
**Sent:** Wednesday, December 04, 2013 4:31 PM
**To:** Jay Peir; Jay Peir
**Subject:** Meeting up

Hey Jay,

Trust you are well. You suggested we get together post your travels. Shall we set up a time next week?

Best,

Seymour

--

Seymour Duncker
Founder & CEO
iCharts

phone: 408 300-8268

twitter: @seymourduncker

twitter: @icharts

--

## Turbo Visualization in the Cloud [iCharts]

--


--

Seymour Duncker
Founder & CEO
iCharts


phone: 408 300-8268
twitter: @seymourduncker

twitter: @icharts

--

## Turbo Visualization in the Cloud [iCharts]

--


--

Seymour Duncker
Founder & CEO
iCharts


phone: 408 300-8268
twitter: @seymourduncker

twitter: @icharts

--

**Turbo Visualization in the Cloud** [iCharts]

--


--
Seymour Duncker
Founder & CEO
iCharts
phone: 408 300-8268
twitter: @seymourduncker
twitter: @icharts
--
**Turbo Visualization in the Cloud** [iCharts]

--

| | |
|---|---|
| **From:** | Seymour Duncker <seymour.duncker@icharts.net> |
| **Sent:** | Tue 12/10/2013 3:24:22 PM (UTC-08:00) |
| **To:** | Jay Peir <jpeir@tableausoftware.com> |
| **Subject:** | Re: Meeting Tomorrow |

Sorry to hear, tomorrow 11am works fine if that is ok for you. We could meet in the Starbucks at Rancho Market next to Andronicos.
There is a really good Chiropractic in Los Altos in case that helps.


On Tue, Dec 10, 2013 at 3:21 PM, Jay Peir <jpeir@tableausoftware.com> wrote:

> Alternatively we could probably meet up at 11 around Los Altos. My doctor's appointment is at 10:15AM in Los Altos on Fremont Ave.
>
> ---
>
> **From:** Jay Peir
> **Sent:** Tuesday, December 10, 2013 3:12 PM
> **To:** Seymour Duncker (seymour.duncker@icharts.net)
> **Subject:** Meeting Tomorrow
>
> Seymour,
>
> I hurt my back a few days ago and need to see a doctor tomorrow late morning (10:15AM appointment). Are you free Thursday morning for a cup of coffee at Starbucks at 8 or 8:30AM instead?
>
> Sorry for the late change.
>
> -Jay
>
> **Jay Peir**
>
> Vice President, Corporate Development

Tableau Software

t: 206.633.3400 x6175

f: 650.342.7346

e: jpeir@tableausoftware.com

www.tableausoftware.com



--
Seymour Duncker
Founder & CEO
iCharts
phone: 408 300-8268
twitter: @seymourduncker
twitter: @icharts
--
**Turbo Visualization in the Cloud** [iCharts]
--

| | |
|---|---|
| **From:** | Seymour Duncker <seymour.duncker@icharts.net> |
| **Sent:** | Thu 5/15/2014 10:14:11 AM (UTC-07:00) |
| **To:** | Jay Peir <jpeir@yahoo.com> |
| **Subject:** | Tom Walker :-) |

Hey Jay,

Didn't know you were Tom Walker now :-) We are exhibiting at SuiteWorld. Stop by if you don't have to rush out, we are in booth 1006, on your right side when you exit the general session.

Best,
 Seymour

"Highly Confidential - Attorney                                                                ICHARTS0008776

| | |
|---|---|
| **From:** | Jay Peir[jpeir@tableau.com] |
| **Sent:** | Wed 8/16/2017 10:55:44 AM (UTC-07:00) |
| **To:** | Seymour Duncker[sduncker@gmail.com] |
| **Subject:** | RE: Meet up |

Hi Seymour,

It was good to catch-up a few weeks ago. We discussed internally and wanted to let you know that our M&A focus areas are outside of what iCharts does.

Best of luck with everything.
-Jay


**From:** Seymour Duncker [mailto:sduncker@gmail.com]
**Sent:** Thursday, August 3, 2017 9:48 PM
**To:** Jay Peir <jpeir@tableau.com>
**Subject:** Re: Meet up

Jay,

Good talking today.

Just to follow-up with some more details so you don't have to dig on our site:

Our core focus is Embedded BI. Our solution enables tight integration with SaaS platforms. NetSuite Oracle is one of our primary Go-To-Market channels. Here a link to one example NetSuite customer testimonial: https://www.youtube.com/watch?v=7UO28JJvMfY&feature=youtu.be

We also have a best-in-class integration with Google BigQuery, an area where Tableau has been significantly challenged.

And finally, we have significant IP coverage with 8 fully granted patents, two examples are:
   ∀ Creation, Sharing and Embedding of Interactive Charts
   ∀ Secure Connections in an Interactive Analytic Visualization Infrastructure
Best,
Seymour



On Thu, Aug 3, 2017 at 2:00 PM Seymour Duncker <sduncker@gmail.com> wrote:
 that sounds good, will call

On Thu, Aug 3, 2017 at 1:58 PM Jay Peir <jpeir@tableau.com> wrote:
 I can speak for 15 minutes at 3 if that works? I'll be on my cell (650.814.8913)

**From:** Seymour Duncker [mailto:sduncker@gmail.com]

**Sent:** Thursday, August 3, 2017 1:41 PM
**To:** Jay Peir <jpeir@tableau.com>
**Subject:** Re: Meet up

Hey Jay,

I could do 3pm (preferably) or 5p.

Summer is going well!

S.

On Thu, Aug 3, 2017 at 12:53 PM Jay Peir <jpeir@tableau.com> wrote:
> Seymour,
>
> Sorry for the delayed response. I've been traveling the last few weeks (combination of work and vacation). Do you have time for a call later this afternoon to touch base?
>
> Hope your summer is going well,
> -Jay
>
> **From:** Seymour Duncker [mailto:sduncker@gmail.com]
> **Sent:** Monday, July 24, 2017 12:00 PM
> **To:** Jay Peir <jpeir@tableau.com>; Jay Peir <jpeir@yahoo.com>
> **Subject:** Meet up
>
> Hey Jay,
>
> How is it going? Hope the summer is treating you guys well.
>
> Wanted to reach out and see if you want to meet for coffee near-term for a business discussion on iCharts. I have developments on my side and this may be an opportunity you want to take a look at.
>
> Best,
> Seymour