UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ICHARTS LLC,

    Plaintiff,

v.

TABLEAU SOFTWARE, LLC,

    Defendant.

No. C 24-03157 WHA

**ORDER RE MOTION FOR ATTORNEY'S FEES**

In this patent action, all claims were decided in favor of defendant under Section 101 (Dkt. No. 118). Plaintiff appealed (Dkt. No. 119). Now, defendant moves for attorney's fees under Section 285 (Dkt. No. 121), which plaintiff opposes (Dkt. No. 127). Plaintiff in turn moves to stay the motion for fees pending the appeal (Dkt. No. 128).

The Court invites parties to stipulate that upon completion of the briefing on the motion for fees — that is, after defendant files its reply on the motion for fees — the motion for fees be held in abeyance until the appeal's conclusion. Any such stipulation shall please be filed by the day the reply on the motion for fees is also due, January 16, 2025. Should the parties not so stipulate, any opposition to the motion to stay is due that same day, **JANUARY 16, 2025.**

**IT IS SO ORDERED.**

Dated: January 9, 2025.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE